# EXHIBIT LIST

Exhibit A: Letter from Rick Santorum to Croatian Prime Minister (August 2, 2021)

Exhibit B: Email from Rick Santorum to Croatian Prime Minister (August 3, 2021)

Exhibit C: Email from Jeffory Blackard to U.S. Embassy, Zagreb (May 19, 2021)

Exhibit D: Letter from Jeffory Blackard to Plaintiff (December 17, 2020)

Exhibit E: Circulum Trademark Specimen (USPTO TSDR Printout, Serial No. 97/372,919)

Exhibit F: Edunite Trademark Registration (USPTO TSDR Printout, Registration No. 7,148,566)

Exhibit G: ZGW Q3 2021 Partners Update (Excerpt)

Exhibit H: Text Messages from Rick Santorum to Plaintiff (August 2022)

Exhibit I: Handwritten Note from Michael Allen

Exhibit J: ZGW Expansion Proposal to Plaintiff (April 26, 2022)

Exhibit K: Blackard Email to Plaintiff re: Naming Process and Product (April 7, 2022), with ZGW Communications Deck

Exhibit L: KLEMM Threatening Communications (October 2022 -- October 2025)

Exhibit M: Edunite Fuel Purchase Contract Sample

Exhibit N: Sanctus Capital Advisors -- Indication of Interest (May 14, 2025)

Exhibit O: Pacella/Sanctus Response Letter (June 10, 2025)

Exhibit P: ZGW Shareholder Update (June 7, 2019) (Excerpt)

Exhibit Q: Providence Energy SRL Registration (Romanian Business Registry)

Exhibit R: Santorum-Comanescu NDA Email (November 9, 2018)

Exhibit S: ZGW Employee Email to Plaintiff re: Circulum and Edunite Definitions (July 22, 2022)

Exhibit T: ZGW Wire Records -- Beaman, Providence (April 2021 -- November 2021)

Exhibit U: Harris Email to ZGW re: Circulum/Edunite Clause in Agreement (May 12, 2022)

Exhibit V: Harris Email re: ZGW NGO/Branding Pretext (July 6, 2022)

Exhibit W: Letter from ZGW Zagreb Attorney to Plaintiff re: Criminal/Misdemeanor Proceedings (October 25, 2022)

Exhibit X: Screenshot of ZGW Website (www.zeroglobalwaste.com) Describing ZGW as "The Pioneering Creator of Circulum" (Captured March 2026)

Exhibit Y: Romania Development Incentive Document Referencing Circulum Manufacturing