# EXHIBIT A

**Letter from Rick Santorum to**

**Croatian Prime Minister**

**(August 2, 2021)**

zero
GLOBAL WASTE

August 2, 2021 **VIA EMAIL**

**To: Mr. Andrej Plenkovic**
Prime Minister
Republic of Croatia

**Re: Request for meeting regarding American energy business in Croatia**

Dear Prime Minister Plenkovic,

I'm writing you about a vital issue pertaining to sensitive American Technology that is currently being compromised by known corrupt influences inside of Croatia. A company in which I am a partner, Zero Global Waste, is attempting to launch and operate a transformational waste to solid fuel technology in Croatia and subsequently in several countries throughout Europe, Asia, and Africa. This American technology uses heat and pressure to efficiently convert waste into a low moisture, high Btu engineered solid fuel that can be used to offset or completely substitute for coal in power generation and industrial uses, while reducing landfilled waste by over 90%. Once operationalized at scale, this technology will increase Croatia's energy security and dramatically reduce landfilling of waste in accordance with the country's environmental objectives. Zero Global Waste's operation will reduce the need for landfills, thus reducing waste-related greenhouse gas emissions, and present the first viable waste conversion technique which can close the plastic cycle.

Of the 20 countries within our exclusive license in Europe, we selected Croatia as our launch site primarily because our CEO, Jeff Blackard, has operated businesses there in the past. Access to waste streams is critical for the success of the business, so in early 2019 we began negotiating with [redacted]. Our plan was to purchase and independently operate [redacted]. A lease was put in place for this facility in May of 2019 for Zero Global Waste to operate their first system, as a test bed for this new technology in a 200m2 space. We performed our first full-scale tests a few weeks before Covid hit in January 2020. The tests were very successful, so we proceeded to consummate the long-planned acquisition of the facility so we could immediately commercially operate the first machine. In addition, we intended to execute a purchase order for several new units to launch our business in the region with this as our first full-scale facility.



A-1

We entered into negotiations with [redacted] to finalize the sale, but seeing the success of the technology, he attempted to renegotiate the agreement in which he now demanded partial ownership Zero Global Waste in addition to the sale of the facility. In the midst of these negotiations, stories were published in the press of [redacted]' significant legal problems. As such, we informed [redacted] that ownership at this point would be impossible and that the sale of the facility was the only option we would consider. He informed us that unless we complied with his new terms he would lock us out of the facility and would hold the machine hostage indefinitely.

When Zero Global Waste refused his demands, [redacted] denied access to the facility which we had leased since October of 2019 and to the system that was installed there. We have reliable reports of his attempting to hire people to reverse engineer the machine in order to steal our technology. While this technology is patented worldwide, the economic damage to Zero Global Waste and our licensor Ecogensus, Inc could be devastating to our businesses. [redacted] behavior, not just with us, but as we are seeing from his public legal problems, leads us to believe it likely that he is using the time the courts have given him to steal our technology.

[redacted], who is alleged to have influence in the Croatian court system, has used the courts to not only hold on to the machine for nefarious purposes, but to pressure our company to comply with his demands. Beginning in October of 2020, he initiated litigation [redacted]. In four separate proceedings the following matters were put forward:

- [redacted]
- In response to these suits, Zero Global Waste filed an action to regain possession of the leased space and the ability to disconnect its system to move it to another facility. The court granted this request, but it was appealed.

(A full discussion by our lawyer in Croatia is attached to this letter)

Though decisions have been in Zero Global Waste's favor in all matters [redacted] has taken every step possible to delay results and continue its explicit extortion to the detriment of the Company's vital business purposes. They continue to exploit the court system through manipulation of the appeals process and through the

desire to land these proceedings in the courtroom of a judge that would be improperly compromised to [redacted] benefit. Zero Global Waste management has been working with USKOK - the organized crime division, and the country's lead prosecutor to file criminal charges against [redacted] for his illicit behavior in these matters.

To make matters worse, [redacted] made explicit threats of bodily harm to the company's in-country principals, which has forced Zero Global Waste personnel to retain 24-hour security while in the country to this day.

In spite of this unpleasant turn of events, Zero Global Waste has continued to pursue our goal of launching this enterprise in Croatia. We are fully committed to Croatia and have even made plans with the company to purchase the waste energy systems and to move the manufacturing of those systems to Croatia! To accomplish this goal we have purchased another facility in the country that is large enough to both manufacture the systems and operate not just the first system (which remains in [redacted] facility to this day), but 60 additional systems. The first tranche of these systems, which have already been ordered, will be manufactured in Texas and shipped to our new facility in Novi Marof in the fourth quarter of this year.

This technology has attracted a great deal of attention in the American government as it supports the key climate and carbon emissions priorities that have come to the forefront of our nation's foreign policy strategy. Zero Global Waste is now simply hoping for the expeditious conclusion to these proceedings as this is a clear case of extortion by an individual with known links to corruption and organized crime. It is critical, for the region's security, business, and climate interests, that Zero Global Waste re-gain control of this sensitive American technology and be allowed to continue its entry and expansion into this market. Examples of corruption like this have hindered Croatia's development for some time, but we are counting on Croatia's commitment to the rule of law and timely disposition of these cases. We are pleased that the court decisions have been properly decided, but continuing delays in the courts have been devastating to our business and are jeopardizing this critical project.

Rest assured that Zero Global Waste is making every attempt possible to enable their successful operation in Croatia, but the untoward forces of corruption have made this a difficult goal to achieve. It's my hope that your office or someone in your government may be able to assist Zero Global Waste in navigating these corrupt influences and meeting the shared goals of the company and your administration.

For your benefit, I've attached photos of the Zero Global Waste system installed inside of the [redacted] facility, an exterior photo of the [redacted] facility, the above-mentioned legal summary of the court proceedings to date, and an aerial photo of our new facility in Novi Marof, Varazdin County.

Should you have any questions, please feel free to contact me. Thank you for your time and consideration.

With kind regards,

Rick Santorum
Partner