# EXHIBIT B

**Email from Rick Santorum to**

**Croatian Prime Minister**

**(August 3, 2021)**

ZG

Jeffory Blackard <jblackard@zeroglobalwaste.com>

## Request for assistance for American company doing business in Croatia

1 message

**Rick Santorum** <rick@ricksantorum.com> Tue, Aug 3, 2021 at 12:58 AM
To: "predsjednik@vlada.hr" <predsjednik@vlada.hr>, "glasnogovornik@vlada.hr" <glasnogovornik@vlada.hr>, "marko.milic@vlada.hr" <marko.milic@vlada.hr>, "press@vlada.hr" <press@vlada.hr>
Cc: Jeffory Blackard <jblackard@zeroglobalwaste.com>, "rhjohnson@ronjohnson.senate.gov" <rhjohnson@ronjohnson.senate.gov>, "maryfrances.repko@epw.senate.gov" <maryfrances.repko@epw.senate.gov>

Dear Mr. Prime Minister,

Let me first congratulate you on the visa waiver news from yesterday. When I was in the US Senate, I led the effort to extend the visa waiver program to Poland. I know how much work is involved on your end to meet the criteria and how important this matter is to your countrymen. Well done.

I must admit I have resisted sending you this letter for several months, but the situation has deteriorated to the point where I feel compelled to let you know what my company is experiencing in Croatia. As a United States senator, I always wanted to be aware of issues negatively affecting my constituency, so I could use my office, if appropriate, to help correct the problem. I say, if appropriate, because I don't think the federal government should be the first resort in solving problems, particularly between private parties, even if the government has become part of the problem. But as I detail in the letter attached, my company, Zero Global Waste, has faced not only an unscrupulous Croatian businessman [redacted], but his corrupt influence of some in the government that is harming our company and your country.

Attached are my letter, pictures of our waste to solid fuel processing system, the facility we partially lease from [redacted] where our machine is being held hostage and a facility we recently purchased to operate and potentially manufacture those systems. Finally, I have included a description from our lawyer in Croatia of the legal issues before Croatian courts.

My team and I are fully committed to doing business in Croatia and believe it will be a launching point for a large and successful green global business that will solve many environmental problems.

I sincerely thank you for reading this information and look forward to hearing from you or your administration as soon as possible.

Respectfully,
Rick Santorum

**Notice:** This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution thereof is prohibited. Further, nothing contained in this message or in any attachment hereto shall constitute a binding offer, acceptance, contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions. Consequently, any contract terms proposed, accepted, or agreed to in this email are not final until such terms are memorialized in a separate document executed by the parties.

**6 attachments**

[redacted]



**ZGW system** [redacted]
167K

[redacted]



[redacted]
295K



**ZGW facility in Novi Marof.jpg**
1452K

**Letter to Croatian Prime Minister_signed.pdf**
198K

[redacted]