# EXHIBIT C

**Email from Jeffory Blackard to**

**U.S. Embassy, Zagreb**

**(May 19, 2021)**

ZG

Jeffory Blackard <jblackard@zeroglobalwaste.com>

**American Technology Extorted in Croatia**
6 messages

**Jeffory Blackard** <jblackard@zeroglobalwaste.com> Wed, May 19, 2021 at 4:00 PM
To: David.McNeill@trade.gov, Damjan.Bencic@trade.gov
Cc: office.zagreb@trade.gov
Bcc: Mladen Jozinovic <mjozinovic@zeroglobalwaste.com>

Mr. McNeill and Mr. Bencic,

I'm writing you about a vital and confidential issue pertaining to sensitive American Technology that is currently compromised in Croatia. My company, Zero Global Waste possesses the exclusive right to implement and operate an innovative and timely new piece of American technology in 29 countries around the world. This technology uses low-grade pyrolysis to convert waste into a green engineered fuel source that can be used to offset or completely substitute fossil fuels while also mitigating the effects of landfilled or newly created waste. Once operationalized at scale, this technology will be monumental to the energy security in the regions we operate inside of (many of which represent key American strategic interests), take large strides in reducing waste-related greenhouse gas emissions, and present the first viable waste conversion technique which can close the plastic cycle.

Croatia was selected as the primary entry market for Zero Global Waste and in early 2019 we began negotiating with the [redacted] (represented by its founder and principal [redacted]) to acquire a facility in [redacted] A lease was put in place in May of 2019 for Zero Global Waste to operate our first system in a 200m2 space in that facility, where we performed our first full-scale tests. Shortly after these first tests, we sought to consummate the acquisition of the facility so that we could continue our growth in the region with this as our primary facility. During our negotiations, [redacted] made it clear that, in addition to the purchase price of approximately $24M (a purchase price that we think to be considerably higher than the value of the facility), he also expected a sizable portion of the stock in the American holding company for no consideration. This was not something that we could entertain, but when he was told that this could not be part of the transaction he made it clear to us that the system we were operating in his facility would essentially be held hostage if we would not satisfy his request.

Zero Global Waste was subsequently denied access to the facility and to the system that was installed there in the duly leased space. In addition to these inappropriate steps, explicit threats of bodily harm were made to the company's in-country principals by [redacted] himself—something which forces Zero Global Waste personnel, including prominent American businessmen and former United States Senators, to require 24-hour security while in the country to this day. Beginning in October of 2020, litigation began [redacted]

- [redacted]
- And Zero Global Waste asserts that it should regain possession of the leased space and the ability to disconnect its system to move it to another facility.

Though decisions have been in Zero Global Waste's favor in all matters, [redacted] has taken every step possible to delay results and continue its explicit extortion to the detriment of our vital business purposes. They continue to exploit the court system through manipulation of the appeals process and through the desire to land these proceedings in the courtroom of a judge that is compromised to [redacted] benefit. We have taken criminal action with the organized crime division and the country's lead prosecutor against [redacted] for his illicit behavior in these matters.

In the meantime, we have purchased another facility in the country, where we aim to move the first system (which remains in [redacted] facility) in advance of visits from United States delegations from the EPA and several United States Senators. This technology has attracted a great deal of attention in the American government as it supports the key climate and carbon emissions priorities that have become preeminent in our nation's broader foreign policy strategy. We now aim for the expeditious conclusion to these proceedings as this is a cut-and-dry case of extortion. It is critical, both for the region and for American security and climate interests, that Zero Global Waste re-gain control of this sensitive American technology and be allowed to continue its entry and expansion into this market.

For your benefit, I've attached photos of the Zero Global Waste system installed inside of the [redacted] facility, an exterior photo of the [redacted] facility, and an aerial photo of our new facility in Novi Marof, Varazdin County. Should you have any questions, please feel free to contact me. I thank you for your time and consideration.

Best,
Jeff

--

Jeffory D. Blackard
President & CEO
Zero Global Waste

M: +1 [redacted]

**3 attachments**



**ZGW system inside [redacted]**
157K

[redacted]



C1



296K



**ZGW facility in Novi Marof.jpg**
1452K

---

**Damjan Bencic** <Damjan.Bencic@trade.gov> Thu, May 20, 2021 at 9:34 AM
To: Jeffory Blackard <jblackard@zeroglobalwaste.com>, David McNeill <David.McNeill@trade.gov>

Hi, Jeff,

Thank you for the update on this project. I am sorry to learn your local partner has been causing trouble. I'll need to check with our new leadership as the Embassy how we can get involved without leaving an impression of trying to interfere with the local legal proceedings.

Damjan

Damjan Benčić

Head of the Commercial Section

Embassy of the United States of America

Ul. Thomasa Jeffersona 2

10010 Zagreb, Croatia

Tel: +385 (1) 661-2186

Website: https://hr.usembassy.gov/

U.S. COMMERCIAL SERVICE
United States of America
Department of Commerce

---

**From:** Jeffory Blackard <jblackard@zeroglobalwaste.com>
**Sent:** Wednesday, May 19, 2021 11:01 PM
**To:** David McNeill <David.McNeill@trade.gov>; Damjan Bencic <Damjan.Bencic@trade.gov>
**Cc:** Office Zagreb <Office.Zagreb@trade.gov>
**Subject:** American Technology Extorted in Croatia

*EXTERNAL: Use caution opening attachments and links*

[Quoted text hidden]

*CONFIDENTIAL AND PRIVILEGED INFORMATION : This encrypted electronic mail message (and/or documents accompanying it) may contain privileged communications and confidential business information that is intended for use only by the individual or company to whom it is addressed. Disclosure, interception, copying or any other use of this message by anyone other than any intended recipient is prohibited. If you receive this electronic mail message by mistake, please notify the sender. Thank you.*

---

**Jeffory Blackard** <jblackard@zeroglobalwaste.com> Thu, May 20, 2021 at 9:40 AM
To: Damjan Bencic <Damjan.Bencic@trade.gov>

Damjan,
Thank you very much for your reply and for your willingness to help. To clarify one thing, we never actually consummate a partnership.

I appreciate you checking and appreciate any assistance you can provide, especially with this becoming a matter of security as of late. Perhaps it would be possible for you to forward this on to the FBI legal attache for this region?

I remain at your disposal should you have any questions.

Thank you again,
Jeff
[Quoted text hidden]

---

**Damjan Bencic** <Damjan.Bencic@trade.gov> Fri, May 21, 2021 at 2:03 AM
To: Jeffory Blackard <jblackard@zeroglobalwaste.com>

We have an internal discussion scheduled for Tuesday next week. I'll get back to you afterwards. Involving FBI seems appropriate.

[Quoted text hidden]

---

**Jeffory Blackard** <jblackard@zeroglobalwaste.com> Fri, May 21, 2021 at 8:49 AM
To: Mladen Jozinovic <mjozinovic@zeroglobalwaste.com>

[Quoted text hidden]

---

**Damjan Bencic** <Damjan.Bencic@trade.gov> Tue, May 25, 2021 at 8:17 AM
To: Jeffory Blackard <jblackard@zeroglobalwaste.com>

Jeff,

Our new Charge d'Affaires Mark Fleming plans to raise your concerns with the Minister of Justice at his introductory meeting with him. The appointment has not been set yet, but we hope to have it soon. Mark will also discuss the case with the FBI Legal Attaché (resident in Vienna) at his next regular monthly visit to Zagreb.

Damjan

---

**From:** Damjan Bencic
**Sent:** Friday, May 21, 2021 9:04 AM
**To:** Jefforv Blackard <jblackard@zeroglobalwaste.com>

[Quoted text hidden]

[Quoted text hidden]



C3