# EXHIBIT D

**Letter from Jeffory Blackard to Plaintiff**

**(December 17, 2020)**

zero
GLOBAL WASTE

December 17, 2020 **VIA EMAIL**

**To: Bjornulf Ostvik**
**Founder & CEO**
**Ecogensus**

**Re: Zero Global Waste and Ecogensus**

Bjornulf,

I'm writing you this letter to express my tremendous excitement regarding the opportunity that now exists for Zero Global Waste ("ZGW"), and to confirm for you my view of a very optimistic future for our operation in the various territories in which we've licensed Ecogensus' technology (the "Licensed Territories").

When we evaluate the vast quantities of waste available in our Licensed Territories, based on the best public records that we have been able to review and in the context of the waste calculations provided in your email on October 9th, 2020, we anticipate that ZGW could purchase and license up to 5,000 Ecogensus systems within a timeline of approximately five (5) years.

Execution of a business plan of this magnitude that would result in ZGW purchasing that number of Ecogensus systems would of course depend upon a number of considerations and conditions, some within ZGW's control and some not, including but not limited to our ability to secure favorable financing, the outcome of environmental impact studies, any constraints contained in our license agreement with Ecogensus, our ability to successfully navigate the permitting and public procurement process in our Licensed Territories (EU members have strict public procurement rules where public authorities are obliged to publish their procurements, leaving us largely dependent on these public processes) and other business conditions which may or may not be anticipated. As we have all experienced during 2020, an unexpected global pandemic has affected business in ways that no one could have ever imagined or planned for.

In addition to the above, financing options that successfully involve the United States Development Finance Corporation or Export-Import Bank—both of whom we are in ongoing discussions with—would significantly increase the likelihood of such an overwhelmingly favorable outcome for Zero Global Waste's operations, such also passing thru significant gains and success for you

We look forward to a long and successful venture together, as we together build and expand the reach of the Ecogensus system.

Very truly yours,

Jeffory Blackard
President & CEO



D2