# EXHIBIT E

**Circulum Trademark Specimen**

**(USPTO TSDR Printout, Serial No. 97/372,919)**

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS DOCUMENTS MAINTENANCE | Back to Search | Print

**Generated on:** This page was generated by TSDR on 2026-03-12 14:17:08 EDT

**Mark:** CIRCULÜM

CIRCULÜM

**US Serial Number:** 97372919

**Application Filing Date:** Apr. 20, 2022

**US Registration Number:** 7580623

**Registration Date:** Nov. 26, 2024

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Nov. 26, 2024

**Publication Date:** Jan. 09, 2024

**Notice of Allowance Date:** Mar. 05, 2024

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

**Owner Name:** Zero Global Waste, LLC

**Owner Address:** 401 Adriatic Parkway, Ste. 700
McKinney, TEXAS UNITED STATES 75072

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** TEXAS

Feedback

## Attorney/Correspondence Information

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 26, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Nov. 26, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 07, 2024 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Nov. 07, 2024 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Nov. 06, 2024 | STATEMENT OF USE PROCESSING COMPLETE | |
| Sep. 04, 2024 | USE AMENDMENT FILED | |
| Nov. 06, 2024 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 67534 |
| Sep. 04, 2024 | TEAS STATEMENT OF USE RECEIVED | |
| Mar. 05, 2024 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 09, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |

| | |
|---|---|
| Jan. 09, 2024 | PUBLISHED FOR OPPOSITION |
| Dec. 20, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Dec. 06, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Dec. 05, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Dec. 05, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Dec. 04, 2023 | ASSIGNED TO LIE |
| Jun. 30, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| May 08, 2023 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED |
| May 08, 2023 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED |
| Feb. 22, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Feb. 22, 2023 | NON-FINAL ACTION E-MAILED |
| Feb. 22, 2023 | NON-FINAL ACTION WRITTEN |
| Feb. 07, 2023 | ASSIGNED TO EXAMINER |
| Apr. 26, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Apr. 23, 2022 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Feedback

E2

# Edunite

*Reclaiming a Paradise Lost*

- Edunite: a resource created through a proprietary torrefaction process - Circulüm. During this process municipal waste is sanitized and processed into Edunite

- Edunite's material characteristics allow for use as a superior replacement in the manufacturing of shipping pallets, lumber and masonry building products, and other construction applications. Zero Global Waste uses this processing technique to reduce landfill gas emissions and global deforestation

- Due to its superior purity and carbon efficiency, Edunite is also a highly sought-after replacement for conventional thermal fuels. Burning at a purity and efficiency near that of natural gas, Edunite is ideal for many electricity-generation facilities currently looking to replace biomass and fossil fuel feedstocks in order to reduce their carbon footprint and comply with environmental mandates

- The Circulüm process was developed by inventor Bjornulf Ostvik in [2015] in response to the urgent need for a solution to waste management across the globe

- Once proliferated, this solution has the potential to shift the economics of global waste, enabling the efficient clean-up of plastics from the world's waterways and an overall reduction in methane emissions in the range of 15% globally



E3

# Circulüm

*From the Latin "circ" meaning "circle" and "lum" meaning "light"*

- The Circulüm process, invented by Bjornulf Ostvik and utilized in Ecogensus systems, converts various forms of waste into Edunite—a resource with various applications in manufacturing, construction, and energy production

- Circulüm is a globally patented process based on a form of low-grade pyrolysis called Torrefaction. It utilizes a vacuum and modest amount of heat in a virtually emissions-free process to form the waste into a versatile material that is stable and transportable for use in global markets

- Circulüm is the most advanced and economically viable method of enabling a circular waste economy currently operating. Once rolled-out on a global scale, this process stands to cut worldwide emission of methane—a greenhouse gas over 25 times more potent than carbon dioxide—by up to 15% through reduction in landfill gas discharge and all but eliminate plastic waste in our oceans by shifting the economics of plastic re-use

- The Circulüm process, based on these ecological impacts, also generates various forms of carbon reduction credits based on the locality in which it operates and the material processed

# EDX – The Endunite Exchange

- The EDX Edunite Exchange is a global exchange for the trade of Edunite and Edunite derivatives
- EDX is exchanged based on the BTU Value of 1 ton of Edunite on a rolling availability basis at the port of Rotterdam and in the form of EDX futures

| Symbol | Mean BTU Value | Market Price (€) |
|---|---|---|
| EDX.5 | 5,000 | 50 |
| EDX.7 | 7,500 | 65 |
| EDX.10 | 10,000 | 75 |
| EDX.12 | 12,500 | 90 |
| EDX.15 | 15,000 | 110 |
| EDX.17 | 17,500 | 150 |
| EDX.20 | 20,000 | 200 |

- In addition to EDX materials, the EDX Edunite Exchange allows for the trading of EDX Coin, a globally tradable carbon reduction credit minted during the production of Edunite and usable in over 25 global regulated carbon markets.



E5