# EXHIBIT G

**ZGW Q3 2021 Partners Update**

**(Excerpt)**

zero
GLOBAL WASTE

# Quarterly Partners' Update

**Date:** 8 October 2021

PRIVATE AND CONFIDENTIAL

G1



*Aerial View of Zero Global Waste's first Waste Conversion Facility*

# Contents


1 Dear Partners, .......... 4
2 Zero Global Waste At-a-Glance .......... 8
2.1 Regional and Operations Update .......... 8
2.2 Expansion Strategy .......... 8
2.3 Financing Updates & Plan .......... 9
2.4 Long Term Outlook .......... 9
3 Region and Operations Update .......... 10
3.1 Regional Outlook .......... 10
3.1.1 Addressable Market .......... 10
3.1.2 Competitive Outlook .......... 12
3.2 System 1 Status .......... 14
3.2.1 Background .......... 14
3.2.2 Status and Timeline .......... 14
3.3 Current Facility and System Acquisitions .......... 15
3.3.1 Novi Marof .......... 15
3.3.2 System Purchase 2 .......... 16
3.4 Waste Supply .......... 16
3.5 Material Uses and Offtake .......... 17
3.5.1 Current Offtake Pipeline .......... 17
3.5.2 Near-term Offtake Demand .......... 17




G2

# 1 Dear Partners,

The great team at Zero Global Waste and I are pleased to share with you this first routine quarterly update on the business of the company. We have faced challenges to the business since my last communication with everyone in March of this year—from the global pandemic and supply chain issues that I know we have all felt in our businesses to the malign effects of corruption that still affect businesses like ours in the maturing economies we are working in. I'm proud to say that in the face of these challenges my excitement has been sustained by the increasing clarity of the magnitude of this opportunity and the realistic paths available to us to recognize it.


*Figure 1 Waste Conversion Facility 001 in Novi Marof, Croatia*

While I hope that you'll read this report and gain the studied understanding that we seek to provide, this business is at a critical stage—I liken it to a rocket vibrating as it begins to lift off. We are at the beginning now of a journey to implement this technology in every city, in every country, and next to every landfill that we can gain access to. We recently placed our second order for waste conversion Systems from Ecogensus and placed a down payment on a spectacular facility in Northern Croatia that can be expanded to operate 60 of these Systems. That will represent almost half a million tons of annual waste processing capacity from this facility alone once fully built out.

We are also in the course of implementing the appropriate financial and operational strategies to guide this early growth and best utilize this newest order of Systems from Ecogensus in Croatia. We have performed the first tests of the technology, which have come back with great results; we have continued to find overwhelming market response in our search for available trash streams, a key economic driver in the early stages of our expansion; we have seen hopeful signs for the sale of our fuel output, and are now even investigating alternative uses for the output which don't involve the carbon-intensity of its use solely as a fuel; and perhaps most stirring is our most recent exploration into the generation of carbon credits.


*Figure 2 Waste Conversion System 1*

You may be aware of the history of this young company, but for those of you reading who have



G3

and in the long term is affecting the health of future generations—both in their communities and across the globe. While many places have been dealing with these realities for decades, if not centuries, many countries are facing newly imposed regulations or public pressures to curb the effects of their waste and have no good solution to turn to.

We tried to disprove what we thought may be too good to be true, but we continued to have the same realization that every solution we came across fell into a cleanly defined dichotomy: either it didn't function economically without some form of subsidy, benefaction, or currently unrealistic pricing scenario or it really didn't help address the problem that well. The technology we had licensed was, and remains to this day, the only solution we can find that can perform exceedingly well for financial stakeholders under realistic economic conditions while serving the communities that we serve in a meaningful way. The technology deal that we had thought before would generate a handsome return for investors looked increasingly like it may be a real solution to one of the world's most pressing issues.


*Figure 4 Landfills rival skyscrapers in many developing nations, like this in Mumbai.*

While the reduction of greenhouse gas emissions has been inherent in our business from the start, recent and expected changes in global climate policy have made it clear the opportunity for service to the global community and the long-term growth of our enterprise value that lies in a focus on the reduction of warming gasses. This opportunity is largely tied to the expected generation of carbon credits that will result from Zero Global Waste's ability to divert fresh waste from being landfilled and to convert waste that is already in a landfill—some of which can release methane for 60 or more years. Alternative uses of our output, like the creation of building materials, the global trends away from fossil fuels, and the dreadful effects of even well managed landfills or landfill alternatives have led Zero Global Waste to this ethical focus on converting waste into a natural resource.

The world's waste is a problem the scale of which boggles the mind. We are so moved to take these next steps and abundantly thankful for the great partners that we are taking these steps with. We hope that you see the strong



G-4

groundwork and infrastructure that is coming into place in the following pages. We expect the remainder of 2021 and the year of 2022 to be one of critical growth at Zero Global Waste. The problems we are solving demand guts, brains, stewardship and a high standard of professional excellence. These are the benchmarks that we measure ourselves against.

As always, my inbox and my phone are always at your disposal should you have any questions, concerns, or suggestions. Thank you so much for being on this journey with us.

Jeffory D Blackard
Chief Executive Officer

Most gas capturing systems of this sort operate at a relatively low efficiency and no form of cover is satisfactory in containing these effects either.

### Incineration

Although incineration helps reduce the amount of landfill emissions over a long period of time, it carries its own issues. First and foremost for many of our countries is the cost. Incinerators come in many different sizes and capabilities, but generally cost multiple times more than Zero Global Waste solutions for the same waste capacity. Waste-to-energy incinerators are out of reach for almost all markets in Eastern Europe and ZGW's entry markets. For developing nations these solutions are even further from consideration.



The second issue is that chimneystacks of MSW incinerators typically discharge dozens of harmful substances including arsenic, cadmium, mercury, hydrogen chloride, volatile organic compounds, dioxins, furans, and fine dust particles. Furthermore, a quarter of burnt waste remains as ash, including a proportion of highly toxic fly ash, which is sometimes captured and sent to a hazardous waste landfill.

There is considerable evidence that the emissions from burning waste affect human health. Several studies have pointed to the link between cancer and the emission of dioxins from incinerators and other industrial sources. Even modern incinerators and gasifiers can emit large quantities of ultra-fine particulates of less than 2.5 microns, known as nanoparticles, which are small enough to pass through the lung membranes, carrying harmful substances such as dioxins and metals into all parts of the body. In its domestic policies, the EU sets emission limit values and requires continuous measurements for NOx, CO, dust, TOC, HCl, HF, SO2, and at least two measurements per year of heavy metals, dioxins, and furans, as well as many other conditions. Abatement devices for these effects are available with limited efficacy, yet these necessary devices are very expensive and almost double the costs associated with incineration.

These factors lead to a cumulative logjam in permitting and a great deal of public backlash that have resulted in the long-term absence and the expected continuance of that absence in much of Zero Global Waste's territory.

### Plasma and Pyrolysis

Although extreme thermal treatments like plasma recycling (syngas recycling) or pyrolysis exist in some highly advanced economies, they are too expensive in



*Figure 9 A plasma arc recycling reactor*



G-6

almost all cases, create more unwanted emissions, and are almost universally unavailable in all of Zero Global Waste's license area.

## 3.2 System 1 Status

### 3.2.1 Background

[redacted]

[redacted]

[redacted] we performed our first full-scale tests in the beginning months of the COVID-19 Pandemic. Tests were attended and observed by Zero Global Waste representatives, including Partner Mike Allen, and many engineering and environmental consultants, all of whom contributed to Zero Global Waste's verification of the System's performance. Test results in Figure 10 corroborate the significant testing done by Ecogensus on their American-based test Systems.

**Figure 10 Test Results from Croatia Batch Test compared to Regional Coal Sample**

| Type | CV | TM | C | S | Cl |
|---|---|---|---|---|---|
| **ZGW Output** | 24,714 BTU | 0.4% | 67.45% | 0.083% | 0.144% |
| **Regional Coal[1]** | 18,468 BTU | 21.98% | 45.75% | 1.83% | +/- 0.3%[2] |

CV=Calorific Value TM=Total Moisture C=Carbon S=Sulfur Cl=Chlorides
[1]Banovici from Bosnia & Herzegovina
[2]This constitutes an approximate average for a generic coal. Some samples exceed 0.3%

After several successful batch tests were performed, we worked to consummate the acquisition of the facility so that we could continue our growth in the region. During our negotiations, the owner of the facility made it clear that, in addition to the purchase price, he was also demanding a sizable portion of the equity in the American holding company for no consideration—something that we could never entertain. When he was told that this could not be part of the transaction, he made it clear to us that the System we were operating in his facility would essentially be held hostage if we would not satisfy his demand.



*Figure 11 ZGW Representatives after a successful test* [redacted]

### 3.2.2 Status and Timeline

Zero Global Waste was subsequently denied access to the facility and to the System that was installed there in the duly leased space. Beginning in October of 2020,



G7

application. This indication is expected to increase with established long-term testing and operational support of the material's advantages over fossil fuels.

Once committed, these orders can be conveniently fulfilled utilizing the outstanding infrastructure connections available to the Novi Marof facility—either by the highly efficient rail system in the region or by use of road-based logistics.

### 3.5.3 Alternative Output Uses

Zero Global Waste is in early stages of vetting alternative uses of the waste conversion output. Though an early focus has been placed on the output's use as a purified fossil fuel replacement, the ability to untether ourselves from both the economic and environmental future of fossil fuel is of an exceedingly high value to the company. Ecogensus research suggests that a variety of uses for this output material may be possible, including:



*Figure 13 An example of building material produced using output from an Ecogensus System. This example utilizes an average garbage mixture and is harder than wood.*

- Building material (i.e. replacement for traditional framing lumber)
- Road construction material
- Potentially many more uses

These alternative output uses represent an exciting glimpse into Zero Global Waste's next steps towards the beneficial mitigating of the world's waste.

## 3.6 Carbon Credits

A carbon credit is a tradable permit or certificate that provides the holder of the credit the right to emit one ton of carbon dioxide or an equivalent of another greenhouse gas (measured based on that gas's Global Warming Potential (GWP) in relation to $CO_2$).

This mechanism for capping and trading carbon emissions is primarily codified under the Clean Development Mechanism (CDM) of the Kyoto Protocol, an international treaty signed by 192 nations. This mechanism incentivizes the ultimate reduction of $CO_2$ emissions and other greenhouse gases from industrial activities by allowing countries and companies to meet and exceed emissions targets that are both defined by international standards like the Kyoto Protocol and voluntarily imposed because of shareholder commitments or expectations, public relations, or benevolence.

There are two types of credits under the Kyoto Protocol:

- Voluntary emissions reduction (VER): A carbon offset that is exchanged in the over-the-counter or voluntary market for credits.
- Certified emissions reduction (CER): Emission units (or credits) created through a regulatory framework with the purpose of offsetting a project's emissions.



G8



to even begin implementing standard managed landfill techniques like daily or intermediate cover that can affect the rate of landfill gas oxidation.

For Zero Global Waste, these conditions create strong conditions for value creation. While Zero Global Waste's management system is far more economical that other forms of waste treatment, the carbon intensity of the processes in place in much of the developing world creates a growing need for mitigation and an opportunity for Zero Global Waste to procure both preferred forms of financing and various development or project grants. Public-private partnerships with municipalities and national governments may also be available in some markets that possess the necessary infrastructure to achieve the desired financing and operational outcomes that Zero Global Waste will

In addition to these tailwinds, the carbon intensity of the underlying waste infrastructure is expected to create an increase in the greenhouse gas (GHG) reduction characteristics of Zero Global Waste's management system and lead to an increased generation in emission reduction credits which are expected to be tradable. This bolstering of the economic business case in these nations would provide Zero Global Waste with a clear path toward operationalization in these critical regions.

### 6.2.2 Future Systems Manufacturing

Zero Global Waste, in order to realize the full potential of its vast addressable market—both in its currently licensed territory and in future expansion territories—will need to ensure a considerable and reliable stream of waste conversion Systems from Ecogensus. In order to assure the future availability of these Systems for Zero Global Waste's expansion, we have worked with Ecogensus to locate as significant a portion of the System production as possible inside of Zero Global Waste licensed territory.

The ample manufacturing capabilities at hand in many of ZGW's entry market territories has made a compelling economic and logistic case for Ecogensus manufacturing operations—including the possibility of final assembly taking place at our new Novi Marof facility once expansion construction can be completed.

### 6.2.3 Todd Chapman

Todd Chapman is a veteran diplomat with over 30 years in public service. He has served as United States Ambassador to Ecuador, United States Senior Diplomatic Coordinator for Economic Affairs to Afghanistan, Deputy Chief of Mission to Mozambique and Brazil, Energy Officer to Nigeria, and most recently as United States Ambassador to Brazil. Chapman has built remarkable relationships through this distinguished career of service, concluding his final posting in July of 2021.

Chapman, now functioning as a private consultant for international businesses, is being considered as a senior advisor to Zero Global Waste to aid our expansion—especially outside of our licensed territory and into developing economies of South America and Asia. Terms of this arrangement are under negotiation



G9