# EXHIBIT H

**Text Messages from Rick Santorum to Plaintiff**

**(August 2022)**

7:06 LTE

274

+1 (412) 335-1824 >

there is a way forward for ZGW and Ecogensus. As you know I am a great believer in your technology and in spite of our different vision for how to run Ecogensus years ago I recruited Jeff and Mike Allen to invest time and resources to fulfill the potential of this technology. I fear that is in great jeopardy. Please let me know when you can talk today. I am free except from 1-2 pm.

Today 9:33 AM

Good morning. I am available after 11 am today to discuss a path going forward for this relationship. As a shareholder of both companies who has the best interest of both companies in mind, I would encourage you to engage with me as soon as possible. Thank you.

Today 6:56 PM

I have been assured that this is still your mobile phone, so I am at a loss as to why you haven't at least responded in some way. From our history I am well aware of that you avoid potentially difficult conversations. I assure you I am trying to help you avoid real discomfort. I look forward to talking.

iMessage