# EXHIBIT I

**Handwritten Note from Michael Allen**

The discussions w/
Frank Harris, & Bjornulf
are free from any liability
or recourse.

Mike Allen.
personally & investor