# EXHIBIT J

**ZGW Expansion Proposal to Plaintiff**

**(April 26, 2022)**

zero
GLOBAL WASTE

# Proposed Changes to the Master License and Equipment Supply Agreement

Private and Confidential • For Discussion Purposes Only
April 26, 2022

To better accomplish the shared priorities of Zero Global Waste (ZGW) and Ecogensus, ZGW is requesting certain relief and adjustment to the Third Amended and Restated Master License and Equipment Supply Agreement signed in March of 2021 (the "License").

These changes address important parts of our business and improve certain provisions so our shared success is that much more attainable.

1. <u>Expansion of Zero Global Waste's Exclusive Territory</u>

   a. <u>South America and Asia</u>
   In the years that have followed the execution of the Amended License, ZGW has sought to build relationships in South America and Asian markets. As a result, ZGW believes there is a high likelihood that our business can be successful in these regions. Accordingly, ZGW is requesting an expansion of our territorial licensing rights to include **Brazil, India, Vietnam, South Korea, and the Philippines**. These additional territories would be incorporated into our existing exclusivity timelines (as further detailed in section 2 of this summary) and would be subject to the same technology transfer fee methodology as the existing territories.

   b. <u>Africa</u>
   ZGW has worked extensively to put infrastructure in place that will enhance the value of waste streams and logistics in the developing world. While most of the African continent has a waste infrastructure that is far less lucrative and is otherwise far behind that of even other developing regions, ZGW now envisions a future wherein we can achieve widespread implementation of Ecogensus technology across the African continent, even with the less favorable economic conditions. Because of the work that ZGW is doing to ensure success in the African continent, **ZGW proposes that the parties agree to an incentivized agreement in**

**which exclusivity of the entire African continent is secured once 50 systems are ordered for deployment anywhere on the continent.** This new territory would be subject to the same technology transfer fee methodology as the existing territories and would only differ in terms of exclusivity terms.

2. Extension of exclusivity timelines

   a. Extension of standard exclusivity timelines

   Currently the License exclusivity timelines for 25 of ZGW's 29 territories provide ZGW 60 months from the date of executing the License to secure enough systems to pay technology transfer fees that equal the amounts prescribed in Schedule A of the License. In total, under current License, ZGW will need to order and pay for 1,008 systems by March of 2026.

   Because of our ever-increasing understanding of the headwinds of factors such as permitting risk, corruption, and numerous other microeconomic factors, **ZGW is requesting that it be permitted to extend the current timelines by an additional 36 months as long as it can meet reasonable effort thresholds.** Specifically, the extended timeline would affect the 25 territories currently covered by the existing exclusivity licensing agreement and would be applicable to the territories of **Vietnam, South Korea, and the Philippines as well**.

   b. Extension of premiere market exclusivity timelines

   Under the provisions of the current License, Italy, Greece, Poland, and Hungary are excepted from the exclusivity licensing agreement set forth in section 2a of this summary and have been deemed to be "Premiere Markets". In these Premiere Market territories, an abbreviated timeline is in effect under the current license wherein ZGW must order and pay for 60 systems in each of these Premiere Market territories within 24 months of the License effective date (March of 2023) and 150 systems within 48 months of the License effective date (March of 2025).

   ZGW understands that these markets present enviable market characteristics and is keenly aware of the intense challenges that lie ahead in entering these Western European industrialized nations. In consideration of the challenges involved in being successful in these Premiere Market territories and the need to ensure that expansion into

the other regions is not negatively impacted, **ZGW is requesting an extension of the Premiere Market timelines by up to an additional 36 months if it meets reasonable effort thresholds.**

For clarity, the Premiere Market exclusivity timeline extension would include **Brazil and India** under the proposed amended License agreement.

3. <u>Mirroring the expanded mandate of the Ecogensus Technology</u>

License currently in effect carries forward roots in a singular goal of producing an engineered fuel substance. ZGW is exploring and embracing the concept that the substance produced by these Ecogensus systems has the potential to meet many needs beyond what we originally envisioned. With this License revision, we hope to realize that vision and give clarity to the language that sets forth our latest shared understanding of our mission.

This new clarity will include the retiring of terms like "Ecogensus Green Fuel" for a new and more flexible "Ecogensus Resource" and relaxing the License provisions around the prescribed uses of this Ecogensus Resource to allow for uses as varied as shipping pallets and 3D printing.

4. <u>Incorporating a carbon credit royalty scheme</u>

Carbon credits have loomed increasingly large in ZGW's business plan—especially in our plan to expand into developing waste markets such as India and the African continent, where tipping fees are largely non-existent. Because of this, ZGW is currently expending considerable time and resources on establishing a value for the carbon offsets that we expect to generate from the use of Ecogensus Technology.

This proposed License revision establishes a royalty scheme that will fairly manage the accumulation of Carbon Credits that is consistent with the existing royalty scheme for the sales of Ecogensus Resource. ZGW would, simultaneously with the quarterly royalty payments made for the sale of Ecogensus Resource, pay an additional royalty of **10% on the gross revenues of Carbon Credits ZGW sells that are attributable to the operation of Ecogensus technology**.

5. <u>Laying a framework for Licensee-managed manufacturing procedures and regional maintenance practices</u>

a. Licensee-managed manufacturing

Because of ZGW's presence and its development of relationships in regions all around the world, we have visibility into and strong relationships with manufacturers and engineering professionals. To enable ZGW to successfully execute its business plan and meet the exclusivity timelines prescribed by the License, ZGW believes that it is imperative that ZGW be granted the right to guide and manage the manufacturing of systems inside of our territories.

While there are several aspects of manufacturing Ecogensus Technology that ZGW agrees should remain firmly the responsibility of Ecogensus, many of the manufacturing steps involved can be integrated into ZGW's existing regional operations with security and quality controls that will safeguard its execution and protect Ecogensus' intellectual property.

Accordingly, ZGW is proposing a framework by which we can manage the manufacture of Ecogensus systems while continuing to rely on Ecogensus to provide critical internal systems (i.e., control units, power trains, and gear boxes). To compensate Ecogensus for the flexibility that they are providing ZGW and the profit that they are foregoing in by granting this privilege, ZGW will compensate Ecogensus to the tune of 7% of the net cost of manufacturing each system once we have produced 200 systems under this new Licensee-managed manufacturing scheme. Moreover, ZGW would agree to meet certain security and quality standards in these processes.

b. Regional maintenance practices

A robust global maintenance infrastructure is critical to ensure the long-term success of our shared mission. While ZGW anticipates certain aspects of maintaining the systems we operate will fall inside our internal maintenance programs, it will always be essential to have a reliable maintenance apparatus close by.

To accomplish this, ZGW is requesting the right to nominate local maintenance agents and establish a more structured methodology by which critical maintenance parts (those that are not routinely available) can be ordered and supplied. For example: ZGW has a relationship with a Busch service agent in Croatia who has extensive knowledge of the Busch vacuum pumps that new Ecogensus systems are equipped with;

ZGW could nominate such an agent as a regional service provider for Ecogensus to expedite any service necessary on these parts.

6. Modifying brand provisions to accommodate Zero Global Waste's brand and marketing practices

   ZGW has ramped up marketing and branding efforts for our operations in Eastern Europe and plans to roll out branded assets on a broader scale this year. In anticipation of this communications effort, ZGW wants to clarify the requirements imposed by the License and incorporate the cornerstones of our brand rollout.

In addition, ZGW is requesting the following changes to enable subtle differences in our anticipated corporate structure that may be difficult under the current License provisions.

7. Clarifying the effect of a future Zero Global Waste Board of Directors

   ZGW is exploring the implementation of a Board of Directors at its international holding company level. This board would have oversight over several aspects of ZGW's business and certain decision-making ability on behalf of our investors. As it relates to the License, ZGW is looking to clarify the Board of Director's role and any requirements that may be imposed on them or ZGW because of this change in decision-making structure inside of the company.

8. Accommodation for Zero Global Waste's anticipated regional subsidiary financing model (i.e., partially owned regional subsidiaries)

   ZGW is exploring the most favorable structure and sources for raising capital to enable the success of our shared mission. One structure that ZGW is likely to implement is one in which a United States-based company is founded to own a foreign operating company and to raise equity in exchange for ownership in that subsidiary of ZGW. For instance, under this scheme Zero Global Waste Croatia, LLC, a United States-based LLC largely owned and controlled by Zero Global Waste, LLC would own Zero Global Waste Croatia, d.o.o., a Croatia-based company.

   ZGW is seeking to accommodate and clarify how this regional subsidiary structure would be incorporated into the amended License.

We are working diligently to reflect the changes we've summarized above in a redline of the License and expect to be submitting that first draft in the coming week. In the meantime, we look forward to your comments and thoughts on these changes and are excited to continue working to close on this and the other matters (like the structure and strategy of our proposed Texas joint venture) which we spoke about during our last meeting as soon as practicable.

Thank you for your help in addressing these critical matters that will undoubtably help us both to achieve the goals we share.