# EXHIBIT K

**Blackard Email to Plaintiff re:**
**Naming Process and Product (April 7, 2022),**
**with ZGW Communications Deck**

Outlook

---

**Branding and Naming**

---

**From** Jeff Blackard <jblackard@blackard.net>
**Date** Thu 4/7/2022 3:05 PM
**To** Bjornulf Ostvik <bjornulf@ecogensus.com>

1 attachment (164 KB)
22.3.7_ZGW Comms Trial-4.pdf;

Bjornulf,
I mentioned that we had made some progress on our ideas for naming the fuel and the process. I'm attaching here a document where we put our ideas down in a communications exercise to try and explain how we think about each name's role in our brand strategy. I'm eager to get your thoughts on the concept that we're working on and hope to put into action in the weeks to come.

We've started to get some notable scrutiny from local NGOs in Croatia, so this has never been more important than it is right now. It's been a good test run for us, and a great way to start sharpening our brand and corporate communications.

Let me know when you have some time to visit on this.

Jeff