# EXHIBIT L

**KLEMM Threatening Communications**

**(October 2022 – October 2025)**

KLEMM SIGURNOST d.o.o.
ZA TJELESNU I TEHNIČKU ZAŠTITU

Klemm sigurnost d.o.o.
Drage Gervaisa 3, 10090 Zagreb
Tel: +385 1 3700 233
Fax: +385 1 3700 533
info@klemmsecurity.hr
www.klemmsecurity.hr
OIB: 35596498125

In Zagreb, October 1, 2025.

SUBJECT: Request to withdraw and correct untrue and damaging statements from your affidavit dated September 30, 2022.

Dear Mr. Harris,

We are writing you on behalf of KLEMM SECURITY Ltd., Ulica Drage Gervaisa 3, Zagreb, Croatia, a registered and authorized company for the provision of personal and property protection services in the Republic of Croatia, which has been operating since 2003. in accordance with all legal regulations of the Republic of Croatia and the European Union.

On March 3, 2022, our company was engaged by Zero Global Waste Croatia d.o.o. to secure the facility in Novi Marof. The services included constant physical protection, technical protection (CCTV, motion detectors, access control) and 24/7 surveillance. All services were properly documented, invoiced and reported through the Croatian VAT system. During the entire period of securing the facility, no competent Croatian institution (police, inspection or other regulatory bodies) identified deficiencies or omissions in our protection.

In the proceedings conducted before the Supreme Court of the State of New York (case: EcoGensus LLC v. Zero Global Waste LLC, Index No. 653605/2022) on September 30, 2022, you submitted an affidavit in which you made claims that there were no adequate barriers or safety measures to protect the equipment and the facility at the Novi Marof location. These allegations are untrue and have misled the court and the public.

Despite the fact that in the aforementioned procedure our side submitted detailed evidence (contracts, invoices, duty schedules, photographs, videos and other documents) proving that the site was secured in accordance with professional standards, the dispute between Zero Global Waste LLC and EcoGensus LLC has since been settled, but your statement remains publicly available in the US court databases and from the date of its submission on September 30, 2022 until today it causes continuous and measurable damage to the reputation and business of KLEMM SECURITY Ltd. — especially with international partners and entities that conduct due diligence.

KLEMM SIGURNOST d.o.o.
ZA TJELESNU I TEHNIČKU ZAŠTITU

Klemm sigurnost d.o.o.
Drage Gervaisa 3, 10090 Zagreb
Tel: +385 1 3700 233
Fax: +385 1 3700 533
info@klemmsecurity.hr
www.klemmsecurity.hr
OIB: 35596498125

We hereby request that you, within ten (10) days of receipt of this letter:

1. Publicly retract and correct the false statements in your affidavit dated September 30, 2022, and
2. Provide us with written confirmation that you have taken steps to correct and withdraw the disputed allegations from the court file or other public records.

If you do not comply with this request within the deadline, we will be forced to initiate legal proceedings in the Republic of Croatia and the United States of America, including:

• litigation proceedings for compensation for damage caused to the reputation and business reputation of our company, and
• criminal proceedings for making false statements and causing business damage, where there are legal grounds for this.

Our goal is to resolve this matter peacefully, but we will be forced to protect our interests and reputation by all available legal means if necessary.

Sincerely,

IVAN TIMEK
Director

ISO 9001 - ISO 14001
BUREAU VERITAS
Certification

KLEMM SECURITY
KLEMM SIGURNOST d.o.o.
ZA TJELESNU I TEHNIČKU ZAŠTITU

Klemm sigurnost d.o.o.
Drage Gervaisa 3, 10090 Zagreb
Tel: +385 1 3700 233
Fax: +385 1 3700 533
info@klemmsecurity.hr
www.klemmsecurity.hr
OIB: 35596498125

Dear Mrs. Debra Guzov,

I am writting you in the name and on behalf of the company KLEMM SIGURNOST d.o.o. (KLEMM SECURITY Ltd.) for physical and technical protection, Zagreb, Croatia (hereinafter: KS) which I represent, so please let us confirm the information if it is true that you are the legal representative and/or legal advisor of Mr. Frank David Harris, UK citizen, born on March 6, 1975.

In the event that the above information is correct, please convey the following to Mr. Harris:
1. From our client ZERO GLOBAL WASTE CROATIA d.o.o., Zagreb, Croatia (hereinafter: ZGWC), we are informed that you, FRANCK DAVID HARRIS, made a affidavit on September 30, 2022 before the DYLAN DAWSON NOTARY PUBLIC-STATE OF NEW YORK, in favor of the company SRF TECHNOLOGY LINCENCING EUROPE EAST LLC, for the purpose of proceeding before the Supreme Court of the State of NEW YORK against the company ZERO GLOBAL WASTE LLC, which contains a false allegation that the equipment in the possession of ZGWC used for the recovery of solid waste into fuel, located in Novi Marof, Croatia (further: EQUIPMENT) found "unprotected outside the building and covered only with a tarp and without any protection or security measures."

2. How is it about untrue information that KS companies cause reputational and any other damage, taking into account that from March 3, 2022, according to the contract with ZGWC, KS company provides first-class physical and technical protection services and protects EQUIPMENT 24 hours directly through personnel and video security devices with an alarm system, please within eight days, under the threat of criminal and other legal proceedings in the Republic of Croatia and other European Union countries, withdraw the statement that the EQUIPMENT is unprotected outside the building and covered only with a tarpaulin and without any protection or security measures."

3. If FRANCK DAVID HARRIS does not retract the cited false statement within eight days of receiving this request by KS, please note that we will initiate criminal and other court proceedings in the Republic of Croatia and other European Union countries seeking appropriate punishment and compensation.

In Zagreb, October 24th 2022.

Boris Lončarić, DIRECTOR (CEO)