# EXHIBIT M

**Edunite Fuel Purchase Contract**

# EDUNITE PURCHASE AGREEMENT

This Edunite Supply Agreement, by and between [INSERT BUYER NAME], a [BUYERS STRUCTURE] company, (HEREINAFTER "BUYER") and Zero Global Waste, LLC, (HEREINAFTER "SUPPLIER") effective this [INSERT DATE], establishes the terms and conditions for the sale and purchase of Edunite as follows:

1) **Edunite Source** - The parties hereto agree and acknowledge that this Edunite Purchase Agreement shall primarily be served from certain Edunite properties within The Republic of Croatia that this Edunite Purchase Agreement shall serve as the basis for developing Edunite production facilities on said properties. Said properties are included as a "dedicated" reserve to this Edunite Purchase Agreement.

2) **Edunite Delivery** – Supplier and Buyer acknowledge that Edunite deliveries from the Zero Global Waste, LLC facility contemplated in this agreement may occur by truck, rail or by ship utilizing FOB shipping. Buyer and Supplier shall negotiate in good faith throughout the term of this Edunite Supply Agreement to provide for economical and efficient delivery of Edunite product to the Buyer's facility at the [INSERT NAME OF FACILITY].

   In the event that the parties desire to investigate, design, construct and build an alternative form of delivery, a separate agreement shall be negotiated to designate costs and responsibilities of the parties. Supplier shall have the full and complete right to supply Edunite from other properties to enhance, augment or replace Edunite from the subject properties providing that the quality and quantity fit the parameters as defined in this EDUNITE PURCHASE AGREEMENT. Further guidance on facility names and locations, please see Exhibit I.

3) Quality & Standards – The total quantity of Edunite shall be approximately [INSERT DELIVERED TONS] over the life of the contract with the primary source of Edunite being the reserves of Zero Global Waste, LLC, in The Republic of Croatia.

   Specific production targets are as outlined in the table below:

| Calendar Year | Guaranteed "Take or Pay" (Tons) | Target Edunite Quantity (Tons) | Maximum Edunite Quantity (Tons) |
|---|---|---|---|
| **[20XX – 20XX]** | [INSERT VALUE] | [INSERT VALUE] | [INSERT VALUE] |

   The annual tonnage is to be prorated and delivered on a monthly basis. Buyer will provide sixty days' notice for changes to the prorated monthly Target Edunite Quantity if such changes result in a variation of greater than [INSERT % VARIATION] of normal monthly scheduled production. For detailed quality and specifications, please see Exhibit II & III.

4) Weights – Weights shall be determined by Supplier on all truck deliveries and by Buyer on all rail and ship deliveries, using certified scales that are maintained by industry standards.

5) Term – The term of this Edunite Purchase Agreement to be from [INSERT START DATE] through [INSERT END DATE]. Edunite shipments shall commence pursuing to this Edunite Purchase Agreement on or about [INSERT START DATE]. The parties will confirm Edunite delivery, Edunite production and Edunite operating plans during the ninety day period from the date of this agreement and either party may cancel this agreement within the ninety day period if production and operating plans are not compatible. Purchase agreement is thereby subject to "Take or Pay" provisions.



M1

6) Pricing – The parties hereto agree that the optimal, targeted Base Price for Edunite delivered under this Edunite Purchase Agreement shall be [INSERT PRICE US$] per ton delivered to [INSERT FACILITY NAME]. Said base price shall be determined by deducting any and all costs that may be credited against investments made by Buyer including but not limited to, cost of transportation systems, currency exchange rates, etc. Supplier acknowledges that it shall consistently and always make good faith, workmanlike efforts to acquire and produce Edunite to the Buyer at the lowest practical price.

7) Preparation – The Edunite shall be free from excess impurities or extraneous materials, with a [INSERT TOP SIZE MEASUREMENT] top size.

**-BTU content** – Minimum heating value shall be [INSERT BTU VALUE] as received. The BTU guarantee for establishing the base price is [INSERT PRICE].

**-Moisture content** – The moisture of the Edunite shall not exceed [INSERT %] as received on a shipment average.

**-Ash content** – Edunite ash shall not exceed [INSERT %] as received on a shipment weighted average unless otherwise agreed.

**-Sulphur content** – Sulfur content shall not exceed a weighted average basis of [INSERT %] nor exceed [INSERT %] on a received basis.

**-Sampling** – Samples shall be taken by Supplier in accordance with ASTM standards and a representative split of each sample will be made available to Buyer. Said sample shall be held for thirty days unless otherwise requested by Buyer.

8) Payment – Supplier shall invoice Buyer on a monthly basis. Supplier's invoices are to be paid within thirty days after invoice dates.

9) Termination Right – Buyer shall have the right to terminate this Edunite Purchase Agreement upon 30 days written notice if, as a result of the issuance by The Republic of Croatia of any final order, finding or decree of the effectiveness of any new legislation that has the effect of denying [INSERT BUYERS NAME] the full recovery through rates to its customers of the amounts paid for Edunite under the Agreement of Purchase and Sale of Edunite by [INSERT BUYERS NAME] and Zero Global Waste, LLC, that agreement is terminated.

[INSERT NAME OF BUYER]

By: /s/

Title: Chairman

Zero Global Waste, LLC

By: /s/

Title: Founder and CEO



M2

**Exhibit I: Production Facility**

The following location(s) are facilities in which Edunite may be sourced to fulfill the order(s) placed by the "buyer" of this EDUNITE PURCHASE AGREEMENT. Each shipment of Edunite will have information on facility name, location and contact for any purpose including but not limited to questions, concerns, notices, weights, fuel quality, specs, and variances, provided that information requests must be made within 60 days prior to shipping date of Edunite fuel.

| Facility Name | Location | Address & Contact |
|---|---|---|
| Novi Marof | Novi Marof, Croatia | |
| | | |
| | | |



M3

**Exhibit II: Quality Adjustments**

The following variances are subject to pricing adjustments based on BTU and its' derivative price. Properties of lignite coal are subject to lignite coal supplied locally for the area in which the buyers plant is operated. Pricing is subject to change based on the values and pricing from locally sourced lignite suppliers, which will in turn result in a pricing change for Edunite fuel.

| | | **Heating Value** | **Volatile Matter** | **Sulfur** | **Chlorides** | |
|---|---|---|---|---|---|---|
| | Lignite | 17,000 | 50% | 0.70% | 0.30% | |
| Lignite Price | **Edunite** | 25,776 | 32.65% | 0.09% | 0.15% | Edunite Price |
| **$60** | Multiple | 1.516 | 1.347 | 1.24 | | **$151.95** |



M4

**Exhibit III: Edunite Specification Sheet**

The table below displays the minimum, average and maximum specification values for Edunite fuel. If there are any discrepancies with either the values listed below or in your shipment you must contact the site in which your order was shipped within 60 days of shipment date. The buyer must acknowledge and agree to the values listed below to ensure they are in the appropriate boundaries for intended use. Once the buyer acknowledges these values and signs the EDUNITE PURCHASE AGREEMENT, they may not request a refund/reshipment of different fuel unless it is outside of the specifications introduced below. (expressed as a %)

| Property | Batch 1 |
|---|---|
| Hydrogen | 8.32% |
| Carbon | 67.35% |
| Nitrogen | 0.89% |
| Sulfur | 0.09% |
| Moisture | 0.39% |
| Calorific Value *(kJ/kg)* | 25776 |
| Mercury | 0.026 |
| Chlorides | 0.15% |
| **Waste Composition** | |
| MSW | 25% |
| RDF | 25% |
| Commercial | 10% |
| Biological | 10% |
| Industrial | 10% |
| Sludge | 20% |



M5