# EXHIBIT O

**Pacella/Sanctus Response Letter**

**(June 10, 2025)**

STRICTLY CONFIDENTIAL

# SANCTUS CAPITAL ADVISORS

June 10. 2025

Ecogensus, LLC; VikingPeak Energy, LLC
Bjornulf Ostvik, CEO
Email: Bjornulf@ecogensus.com

Re: Indication of Interest in Ownership Acquisition

Bjornulf:

Thank you for your response letter regarding a potential strategic acquisition. I appreciate that you provided a response and think it is a positive step that we are in correspondence again after many years of senseless litigation. I do not think it is productive to rehash any claims that either of us have, and I want you to know at the outset that I hold no malice towards you, your family or your companies. Things happen in life, we learn from them and we hopefully become better people as a result. I believe that is true in this case, despite the pain that it has inflicted to both of us and regardless of whether we finalize the arbitration.

My goal during my representation of the companies was to (i) help you to achieve your dreams and to make a lasting environmental impact in the world and (ii) to make money to support my family outside of the Big Law grind. I am an entrepreneur and the partnership made sense for both of us. I was, however, younger, brasher and less experienced then, and like anyone, I made mistakes along the way, mostly when we were drinking alcohol together – on a side note, I have not had a drink or smoked a cigarette in many years, as age started to catch up with me and my focus shifted to my son after his birth a month after I left the companies. However, I always did my best to utilize the skill set I had and the network I developed during my career to help the companies succeed.

I want to lay out one foundational point that I hope you can internalize – at no time, either during my representation or after, including in the heat of defending myself on the RICO claims, have I ever spoken to a single person about wresting the companies away from you. This includes Rick, Jeff Blackard, Mike Henn, TJ, Brad Neville and everyone else. The first time I ever had a single conversation about a buyout of your interests or any other transaction related to a change of control was in the context of my last letter.

Let me also say that I have never had a single conversation in my life with Mike Allen, his son or anyone else on the Providence Energy team. When reading your letter, I was confused until I saw Mike Allen's name, as I did not even remember Providence Energy's name. My offer was not a coordinated plan with Providence. After reading your letter, I asked Rick if Mike was interested in a buyout or any type of strategic transaction, and to his knowledge Mike is not. Notwithstanding that, Providence may be a target that makes sense for the companies, but I do not think I can help you with that transaction in any way, as I have no relationship with them at all.

On that note, I also have no clients in the waste to energy or environmental space generally, nor have I since I left the companies. I have spent 90% of my time over the past six years on cyber security, telecommunications and roofing and none on your vertical other than as it relates to our case. I say this so you understand that I have no grand ambition of running your companies or becoming an environmental entrepreneur. I am, and will always be, a generalist.

I am happy to identify both the potential investors involved and my motivations. Regarding investors, they were a combination of friends and colleagues that I have cultivated in my network over the past decade. The only person I spoke to about capital raising that you know to my knowledge is Rick, who likely could have helped me to obtain $2-3 million via his network – he told me just today by the way that Mike Allen was not part of the group. Beyond that, I spoke to friends mostly in Chicago and Salt Lake City, none of which are involved in waste to energy and excluding any existing investors in the companies. I have no ongoing relationship with any of my investors in the companies for that matter, which is a predictable side effect of the litigation. I did speak to a friend and colleague who is a senior partner at Apollo and another small PE fund in Chicago, both on a no names basis, and they had no interest based on the stage of the companies. In short, I did exactly what I did when I raised money for the companies years ago – I leveraged my relationships and explained the opportunity.

My motivations, were relatively straightforward. First, I wanted to help my investors and their investors in the companies achieve a return if possible. Though I don't speak with any of them anymore due to the litigation, I still feel a responsibility to them regarding the investments in the company. Second, I was open to ending the litigation and made clear to the investors that my litigation financing firm would need to be paid in connection with any transaction. Third, though you likely will not believe this, I actually have a conviction that it is in your, and therefore the companies, best interests.

My analysis is that you truly a groundbreaking inventor in the vertical, but due to unfortunate and ugly life circumstances that were beyond your control, are not positioned to take the companies to the next level. You allow fears (of corporate espionage, IP theft, personal vendettas, tortious interference, legal claims against you, fraud of counterparties, etc.) to dictate decision making in a way that is not healthy to you or your companies. I believe that you would finally unlock actual revenue if you had a deal operator leading the companies and going on the offense. You have spent over a decade building a pipeline and refining technology but not turning on the spigot. I believe that you have a trail of payables, jaded investors and burnt relationships, not driven by greed or malice, but by the fears I alluded to. I wanted to put a club of investors together to give you enough money to take a rest, get some perspective and allow someone else to take the companies to the next level, while maintaining a large amount of economic upside. I would like to see the companies get a couple hundred units in operation and then field buyout offers from corporations that could scale the technology. To further quell any suspicions that you may have, I have no interest in being the operator whatsoever – I would participate on a transition team to find that operator.

All that said, I would honestly be thrilled if you were to achieve $100 billion status and become one of the most valuable companies in the world. Not only would that make me money, but more importantly, it would make my investors money. I just do not believe it is realistic under the

present conditions.

Although I have directed my lawyer to restart arbitration proceedings, should you have the predilection to take my advice after all of these years of turmoil, I remain open to pulling this club together. I am confident that I can do it on the terms I identified in my last letter, but I want to reiterate to you that it is a heavy lift – there are not a ton of investors that I have access to that are willing to cash out a founder and allow the founder to retain such large upside with the tumultuous history of the companies and lack of proven and reliable revenue.

I hope that you reconsider and hope that you and your family are doing well.

Sincerely,

Matthew R. Pacella