# EXHIBIT P

**ZGW Shareholder Update (June 7, 2019)**

**(Excerpt)**

zero
GLOBAL WASTE

June 7, 2019 **VIA EMAIL**

**To: The Members of Zero Global Waste, LLC**

**Re: Forecast of quantities of systems to be ordered**

Dear Members,

I am pleased to report that the first Ecogensus machine ordered by Zero Global Waste has safely arrived at its home in Varaždin, Croatia. We are also anticipating the arrival of a separate shipment of auxiliary parts for the machine from Ecogensus. In the coming weeks, a team of Ecogensus, ZGW and [redacted] personnel will assemble In Varaždin to begin the testing and performance / economic verification of the system over the following 60 days.

Upon the successful evaluation and verification of the machine, we will make a down payment for the purchase of an additional 10 machines to be added to the current system housed In Varaždin. This is an exciting step in our Eastern European operations and will complete the operationalizing of the [redacted]

While we are all obviously waiting to receive the results of the testing of this first machine, it is important that we take steps to guarantee the timely continuation of our growth in the region by procuring equity and debt financing of ~USD 30 million in order to purchase an additional 10 machines and to purchase an operational sorting facility and a recurring waste stream in the region. My team at Blackard Global along with the head of our Eastern European operations - Mladen Jozinovic - are structuring the transactions and financing necessary for this accelerated phase of growth. In addition, Zero Global Waste Member Providence Energy has provided short term loans totaling $325,000 to finance us through the delivery and commissioning of the first machine from Ecogensus.

The pending purchase of 10 additional machines has afforded ZGW an opportunity to renegotiate some of the important terms of Its License Agreement with Ecogensus. The Blackard Global team partnered with Zero Global Waste Member Rick Santorum to negotiate the following favorable revisions to our License Agreement:

- ZGW has enhanced contractual protections requiring Ecogensus to: (1) deliver any machine purchase orders within 12 months of acceptance of the purchase order and (2) warranty the performance of each machine according to stated performance specifications
- Increased ZGW's exclusive licenses to penetrate an additional 15 territories / countries that are far more assessible to ZGW through our partners in these regions. In turn for this expansion, ZGW relinquished its exclusive rights to Brazil.
- Elimination of upfront technology fees per country in lieu of a per system purchase fee with no monetary penalties for shortfalls. A longer five-year window is established to achieve desired volumes necessary to retain exclusivity in a given country
- Elimination of per-country minimum system commitment and related penalties. Minimum system commitment across all territories over a five-year measurement period in order to maintain exclusivity

- Declining down payment requirements on purchase orders and an agreement from Licensor to provide a purchase order financing program to ZGW after 7/1/2020
- Establishment of volume purchase discounts of realistic bulk purchase orders of systems, with discounts up to 18% off current purchase price

The legislative environment in Croatia and other ZGW licensed territories has continued to favor ZGW and its economic prospects. These countries have legislated more restrictions on depositing municipal solid waste into landfills and have ordered the closure of a substantial number of existing landfills. These actions are driving up the tipping fees to be paid to Zero Global Waste for receiving municipal solid waste and have spurred more Incentive to build alternative energy facilities that would consume feedstock generated by ZGW.

While our immediate focus is on clearing the hurdle of operationalizing the first Ecogensus system and establishing the viability of the technology, we have also focused on building relationships and partnerships in the other territories included in our license. Once this technology is thoroughly proven, we will take more definitive steps towards procuring financing for the purchase of a sorting facility and the additional machines that we have ordered.

I look forward to providing what is sure to be a substantial update once the evaluation of the Ecogensus machine in Varaždin has concluded. Thank you, as always, for your continued support and as these developments Illustrate, we have never been never been closer to realizing our mission and attaining the objectives of Zero Global Waste.

With best regards,

Jeffory Blackard
President & CEO