# EXHIBIT Q

**Providence Energy SRL Registration**

**(Romanian Business Registry)**

ListaFirme

# PROVIDENCE ENERGY SRL

First time on the site?

or

## Identification details

| | |
|---|---|
| Name | PROVIDENCE ENERGY SRL |
| Cul | 39591891 |
| No. Reg. Com. | J23/3197/2018 |
| EUID | ROONRC.J23/3197/2018 |
| Date of establishment | 2018-07-06 |

## PROVIDENCE ENERGY SRL headquarters - contact information verified through Call Center

| | |
|---|---|
| County | Ilfov |
| CITY | Place: Voluntari |
| Address | Sos. Pipera-Tunari 97 Bldg. C5 Floor 1 ROOM 4 Code 077190 |
| Phone | - 1 deleted |
| Mobile | - |
| E-mail | - |
| Web address | - |

## Management personnel

**Administratori**

Co - -

**Asociați**

Co - -

PR - -

**Beneficiari**

Mi - -

## Location on the map

## About PROVIDENCE ENERGY SRL company

We use cookies for analytics and advertising. Do you agree?