# EXHIBIT R

**Santorum-Comanescu NDA Email**

**(November 9, 2018)**

Outlook

## Fwd: Confidentiality Agreement

**From** Rick Santorum <rick@ricksantorum.com>
**Date** Fri 11/9/2018 6:01 AM
**To** matthew.pacella@gmail.com <matthew.pacella@gmail.com>; Bjornulf Ostvik <bjornulf@ecogensus.com>

2 attachments (1 MB)
NDA Rick.pdf; ATT00001.htm;

Does noon monday work?

Can you provide conference number and materials for me to send?

Rick Santorum

Begin forwarded message:

**From:** "Gabriel COMANESCU, [UGM]" <Gabi.Comanescu@upetrom.com>
**Date:** November 9, 2018 at 3:01:48 AM EST
**To:** Rick Santorum <rick@ricksantorum.com>
**Subject: RE: Confidentiality Agreement**

Dear Rick

Please see attach sign by me
Monday 7 pm my time will be great

Have a nice weekend

Kind regards

Gabriel Valentin COMĂNESCU
President & CEO

GSP Holding
97 Pipera-Tunari, Voluntari, 077190, Ilfov, Romania
T: +40 21 308 0210 | +40 372 08 0210 | F: +40 21 308 0202
[www.gspholding.com]www.gspholding.com

**Please consider your environmental responsibility. Before printing this e-mail or any other document, ask yourself whether you need a hard copy.**

The content of this communication is classified as GSP Holding Confidential and Proprietary Information. The information contained in this communication is intended solely for



R1

use by the individual or entity to whom it is addressed or authorised persons. Use of this communication by others is prohibited. If the e-mail message was sent to you by mistake, please delete it without reading, using, copying or disclosing its contents to any other person. We are hereby notified that any disclosure, copying, distribution or taking any action related to the contents of this information is strictly prohibited and may be unlawful. GSP Holding is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

**From:** Rick Santorum [mailto:rick@ricksantorum.com]
**Sent:** Friday, November 9, 2018 8:13 AM
**To:** Gabriel COMANESCU, [UGM] <Gabi.Comanescu@upetrom.com>
**Subject:** Re: Confidentiality Agreement

Please do

What time Monday works for you to talk?

Thanks

Rick Santorum

On Nov 7, 2018, at 9:45 AM, Gabriel COMANESCU, [UGM] <Gabi.Comanescu@upetrom.com> wrote:

Dear Rick

Please see attach
If ok I can sign and send it to you

Thanks and regards

**Valentin Gabriel COMANESCU**
President & CEO

<Confidentiality Agreement - Ecogensus - November.docx>



R2