# EXHIBIT S

**ZGW Employee Email to Plaintiff re:**

**Circulum and Edunite Definitions**

**(July 22, 2022)**

Outlook

## Circulum and Edunite

**From** Benjamin 'Jed' Rollins <jrollins@zeroglobalwaste.com>
**Date** Fri 7/22/2022 3:43 PM
**To** Bjornulf Ostvik <bjornulf@ecogensus.com>
**Cc** Jeffory Blackard <jblackard@zeroglobalwaste.com>; Mladen Jozinovic <mjozinovic@zeroglobalwaste.com>

Bjornulf,
Especially as we've continued to deal with the public in Croatia, we've worked to hone our internal definitions of Circulüm and Edunite. Please see those below. Any input from you would be greatly appreciated.

**Circulüm** is a waste recycling process that uses a vacuum and modest amount of heat to transform various types of waste into a stable, non-toxic, odor-free commercial resource called Edunite.

**Edunite** is a multi-use commercial resource created from waste through Circulüm. Edunite can be utilized as a replacement for wood in the manufacturing of various products, source material in 3D printing consumer goods, or as a clean fuel in manufacturing green hydrogen.

Thank you!
Jed

Benjamin 'Jed' Rollins | Zero Global Waste

Join us in creating a cleaner world. *Take the Zero Global Waste Pledge*.

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution thereof is prohibited. Further, nothing contained in this message or in any attachment hereto shall constitute a binding offer, acceptance, contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions. Consequently, any contract terms proposed, accepted, or agreed to in this email are not final until such terms are memorialized in a separate document executed by the parties.