# EXHIBIT T

**ZGW Wire Records –**

**Beaman, Providence**

**(April 2021 – November 2021)**

CHASE for BUSINESS
Printed from Chase for Business

PERFBUS CHK [redacted]
ZERO GLOBAL WASTE, LLC

$778,904.13
Available balance

$0.00
Available credit

$778,904.13
Available plus credit

$778,904.13
Present balance

Uncollected funds — Total $0.00

Account activity

SHOWING Search

Filtered by: Dec 21, 2020 to Dec 21, 2021 Incoming wire transfers

| Date | Description | Type | Amount |
|---|---|---|---|
| Dec 6, 2021 | FEDWIRE CREDIT VIA: BANK OF AMERICA, N.A./026009593 B/O: JLD PARTNERS, LTD PLEDGED TO ML LEN205-2828 UNITED STATES REF: CHASE NYC/CTR/BNF=ZERO GLOBAL WASTE, LLC MCKINNEY TX 75070-5602 [redacted] | Incoming wire transfer | $250,000.00 |
| Nov 18, 2021 | FEDWIRE CREDIT VIA: FROST BANK/114000093 B/O: PROVIDENCE ENERGY LTD DALLAS TX 75248 REF: CHASE NYC/CTR/BNF=ZERO GLOBAL WASTE, LLC MCKINNEY TX 75070-5602 [redacted] | Incoming wire transfer | $500,000.00 |
| Nov 10, 2021 | FEDWIRE CREDIT VIA: PINNACLE BANK/064008637 B/O: BEAMAN MOTOR COMPANY NASHVILLE, TN 37203 REF: CHASE NYC/CTR/BNF=ZERO GLOBAL WASTE, LLC MCKINNEY TX 75070-5602 [redacted] | Incoming wire transfer | $250,000.00 |
| Oct 25, 2021 | BOOK TRANSFER CREDIT B/O: LYDA HUNT-BUNKER TRUST MARY DALLAS TX 75206-[redacted] | Incoming wire transfer | $1,000,000.00 |
| Aug 25, 2021 | FEDWIRE CREDIT VIA: PINNACLE BANK/064008637 B/O: BEAMAN MOTOR COMPANY NASHVILLE, TN 37203 REF: CHASE NYC/CTR/BNF=ZERO GLOBAL WASTE, LLC MCKINNEY TX 75070-[redacted] | Incoming wire transfer | $250,000.00 |

T1

| Date | Description | Type | Amount |
|---|---|---|---|
| Apr 28, 2021 | FEDWIRE CREDIT VIA: PINNACLE BANK/064008637 B/O: BEAMAN MOTOR COMPANY NASHVILLE, TN 37203 REF: CHASE NYC/CTR/BNF=ZERO GLOBAL WASTE, LLC MCKINNEY TX 75070-5602 [redacted] | Incoming wire transfer | $250,000.00 |
| Apr 5, 2021 | FEDWIRE CREDIT VIA: BANK OF AMERICA, N.A./026009593 B/O: JLD PARTNERS, LTD 3813 MAPLEWOOD AVS REF: CHASE NYC/CTR/BNF=ZERO GLOBAL WASTE, LLC MCKINNEY TX 75070-5602 [redacted] | Incoming wire transfer | $1,000,000.00 |
| Mar 19, 2021 | BOOK TRANSFER CREDIT B/O: NATIONAL FINANCIAL SERVICES LLC SMITHFIELD RI 02917- US ORG:/RJL0007181 1/FSH CAPITAL LLC OGB: [redacted] | Incoming wire transfer | $490,000.00 |
| Mar 19, 2021 | FEDWIRE CREDIT VIA: FROST BANK/114000093 B/O: PROVIDENCE ENERGY LTD DALLAS TX 75248 REF: CHASE NYC/CTR/BNF=ZERO GLOBAL WASTE, LLC MCKINNEY TX 75070-5602 [redacted] | Incoming wire transfer | $100,000.00 |
| Mar 1, 2021 | FEDWIRE CREDIT VIA: FROST BANK/114000093 B/O: PROVIDENCE ENERGY LTD DALLAS TX 75248 REF: CHASE NYC/CTR/BNF=ZERO GLOBAL WASTE, LLC MCKINNEY TX 75070-5602 [redacted] | Incoming wire transfer | $225,000.00 |
| Jan 28, 2021 | FEDWIRE CREDIT VIA: COMERICA BANK/111000753 B/O: PROVIDENCE ENERGY CORP DALLAS TX 75248 REF: CHASE NYC/CTR/BNF=ZERO GLOBAL WASTE, LLC MCKINNEY TX 75070-5602 [redacted] | Incoming wire transfer | $100,000.00 |



T2