# EXHIBIT U

**Harris Email to ZGW re:**

**Circulum/Edunite Clause in Agreement**

**(May 12, 2022)**

Outlook

**RE: Zero Global Waste License Redline**

**From** Frank Harris <frank.harris@ecogensus.com>
**Date** Thu 5/12/2022 1:08 PM
**To** Bjornulf Ostvik <bjornulf@ecogensus.com>

I have read through this. There really is not much here that can or should be accommodated. Ignoring the territory and exclusivity extensions and the Licensee controlled manufacturing it boils down to:

- Carbon Credits – which may be a useful subject to discuss, but its relevance is predicated upon them actually buying and commissioning systems
- Changing the term Ecogensus Green Fuel to Ecogensus Resource – But this does not change the terms of the agreement that any use other than fuel requires separate negotiation
- Change Permitted Sublicensee from wholly owned to majority owned – however there is already facility to do this with appropriate controls for Ecogensus
- Referencing Cirlulum and Edunite as Licensee Inventions – superfluous to the agreement and the opposite of what Jeff inferred to you.
- Ability for Licensee to elect local technical support – but the document doesn't prevent them from doing so (as far as I can see) – but it may be a warranty/IP security issue.

Do you want me to draft something covering the points that we did not address in the pre-meeting document?

**From:** Bjornulf Ostvik <bjornulf@ecogensus.com>
**Sent:** 12 May 2022 01:59
**To:** Frank Harris <frank.harris@ecogensus.com>
**Subject:** Fw: Zero Global Waste License Redline

---

**From:** Jed Rollins <jrollins@zeroglobalwaste.com>
**Sent:** Wednesday, May 11, 2022 7:19 PM
**To:** Bjornulf Ostvik <bjornulf@ecogensus.com>
**Cc:** Jeffory Blackard <jblackard@zeroglobalwaste.com>; Will Allen <wallen@providence-energy.com>; Luke Woodley <lwoodley@providence-energy.com>; Gabe Reed <gabereed1@icloud.com>
**Subject:** Zero Global Waste License Redline

Bjornulf,
I apologize for the delay in sending this redline from our conversation last week. Please see that attached. I will say, this is reflecting the same version that you were handed a clean copy of, so therefore does not represent ZGW's position on the outcome of any of that conversation. Jeff's advice was that the best course for this would be to send this as-is so that we can work on honing a shared understanding around this document.

Best,
Jed

Benjamin 'Jed' Rollins I Zero Global Waste

**Notice:** This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution thereof is prohibited. Further, nothing contained in this message or in any attachment hereto shall constitute a binding offer, acceptance, contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions. Consequently, any contract terms proposed, accepted, or agreed to in this email are not final until such terms are memorialized in a separate document executed by the parties.