# EXHIBIT V

**Harris Email re:**

**ZGW NGO/Branding Pretext**

**(July 6, 2022)**

Outlook

## RE: Meeting with Jeff

**From** Frank Harris <frank.harris@ecogensus.com>
**Date** Wed 7/6/2022 11:29 AM
**To** Bjornulf Ostvik <bjornulf@ecogensus.com>

I took the call with Jeff, Mladen and Jed in the background. Once again, it was calm and collected, with very little in the way of nonsense.

They asked about the details we need, I said we were working on a document, from our call last Thursday and that we hoped to have that to them by the end of the week.
The asked about our help on the definition of Edunite and Circulum, I said this was an IP matter and, whilst you might seek my opinion, you would lead on such things. They went on to explain the 'riots' they are having at the facility because people can access the Ecogensus patent filings which state pyrolysis and assume that they are proposing to combust waste at the site. Apparently this is being organised by Zelena Akcija (Green Action) who are being funded by George Soros. I can find nothing about ZGW or the site on the Zelena Akcija website and no links to George Soros. I am unclear on how the definition of Edunite and Circulum helps in this respect. In any case, I told them that it is impossible to negotiate with, or explain something to a stupid person, because they will only ever listen to their own voice. If the irony wasn't lost, it didn't get a reaction.

Jeff asked for pictures of the 3 modules – for his lenders....

Jeff asked about the replacement Vac pump – I said we needed the release back, after conversing with Jed, he undertook to get this back to us.

Mladen asked about the original Vac Pump – I said we were still considering it and discussing with Busch, but our relationship was tense due to us having to lean on them to store pumps that were ordered for ZGW.
Jeff made the point, qualified by the statement that he was no engineer, that two people had stated that the original pump was too sensitive for the application (a little bit of nonsense to conclude matters)

**From:** Bjornulf Ostvik <bjornulf@ecogensus.com>
**Sent:** 06 July 2022 14:11
**To:** Frank Harris <frank.harris@ecogensus.com>
**Subject:** Re: Meeting with Jeff

Well the urgency would be Will is more involved and the mandate is to get things done. I have said how there are specific things that could and should be happening. And I've said I'm mystified as to why it hasn't been happening. Note by the way, weeks of "cleaning" and his pictures last week still don't show the cabinet doors open.

Their (management's) goal would be to get control of the narrative, so we will want to be quite careful about not getting sucked into the vortex. We've let them lead the way for years and it never gets us anywhere but sucked into their chaos, inefficiency, and then finding ourselves somehow to blame for what never could have been our fault in the first place. Merely attending a call and then letting them blindly dictate they need this and that will just be more of the same.

So we should be explicit that we are preparing for them what is the thing their EPCM should prepare (and be very careful to be in front of the messaging, not letting Jeff twist it into somehow something we should have provided in the first place.)

VI

I don't really care if you attend a call or not, so long as we are explicit (in writing by email, copying Will, replying all to that prior email)..that we are reluctantly preparing an EPCM-type planning document for them to help guide the next few weeks. The calls from now on really should be us scheduling, us leading, us guiding. Until we get them on the right pathway. Right now we come out of Dallas with Jeff wanting to do CYA calls with you and luring me into a Carbon credit brain dump with his intern (which of course I won't do). The difficulty in communicating is incredible. I specifically said we are handling and taking care of the carbon credits. I told Will about our Big4 (never mentioning KPMG by name though). Jeff is explicit in saying he wants to do the carbon credit story-building to get more credits and then to get rights to developing countries. And then has no shame saying he wants to give his intern "access to [my] brain".

So we just need to turn this around and manage the process. I will have comments/feedback later today.

In the meantime it's up to you on the call today - just don't want them to declare that a "victory" of getting a handle of the situation and then dictate a bunch of action items and so forth. We've been down that road before (for years, repeatedly) and it gets us (and then) nowhere

Get Outlook for iOS

---

**From:** Frank Harris <frank.harris@ecogensus.com>
**Sent:** Tuesday, July 5, 2022 4:48:37 PM
**To:** Bjornulf Ostvik <bjornulf@ecogensus.com>
**Subject:** RE: Meeting with Jeff

Jeff is now pushing hard for a meeting tomorrow morning. The urgency seems odd, but I don't want to give him an opportunity to run a narrative that he is waiting for us/ we are not responsive.

-------- Original message --------
From: Bjornulf Ostvik <bjornulf@ecogensus.com>
Date: 05/07/2022 16:19 (GMT+00:00)
To: Frank Harris <frank.harris@ecogensus.com>
Subject: Re: Meeting with Jeff

Briefly. He's a college student or just graduated a few weeks ago. I would push this off as I don't know what their agenda is but we should proceed in the methodical way we discussed and outlined. Including that presentation

Get Outlook for iOS

---

**From:** Frank Harris <frank.harris@ecogensus.com>
**Sent:** Tuesday, July 5, 2022 10:40:17 AM
**To:** Bjornulf Ostvik <bjornulf@ecogensus.com>
**Subject:** FW: Meeting with Jeff

Is this the guy you met in Dallas?

**From:** Pearson Sterling <psterling@zeroglobalwaste.com>
**Sent:** 05 July 2022 15:35
**To:** Frank Harris <frank.harris@ecogensus.com>
**Cc:** Jeffory Blackard <jblackard@zeroglobalwaste.com>; Jed Rollins <jrollins@zeroglobalwaste.com>; Mladen Jozinovic <mjozinovic@zeroglobalwaste.com>
**Subject:** Meeting with Jeff

Hey Frank,

V2

Hope you had a great weekend and are doing well. I would like to set up a meeting this morning with you, Jeff and Mladen to discuss Ecogensus machines and timelines. Are you available around 10:30 today for a call?

--

Pearson Bruce Sterling
**Zero Global Waste**
m: 830-275-3128

V3