# EXHIBIT W

**Letter from ZGW Zagreb Attorney to Plaintiff re:**

**Criminal/Misdemeanor Proceedings**

**(October 25, 2022)**

Outlook

## Fw: Violation of EU and Croatian regulations

**From** ured@tilosanec.hr <ured@tilosanec.hr>
**Date** Tue 10/25/2022 7:44 AM
**To** Bjornulf Ostvik <bjornulf@ecogensus.com>
**Cc** William Rodman <william.rodman@ecogensus.com>; Frank Harris <frank.harris@ecogensus.com>

2 attachments (481 KB)
račun_ECOGENSUS br. 1000_18_6_2020.pdf; račun_ECOGENSUS br. 1001_18_6_2020.pdf;

Dear Sir,

I am writing you as a legal representative of the company ZERO GLOBAL WASTE CROATIA, d.o.o. Zagreb, Croatia, (hereinafter: ZGWC) in order to protect the interests of ZGWC in the Republic of Croatia (hereinafter: RC) and other countries of the European Union (hereinafter: EU), related to the import and installation of equipment for the recovery of solid waste into fuel by the manufacturer ECOGENSUS LLC, CityPlace II, 15th Floor, 185 Asylium Street, Hartford, CT 06103, USA (hereinafter: ECOGENSUS), for commercial use safe for people and property on the territory of the Republic of Croatia.

For the purpose of this mail, it is important to emphasize the following well-known facts:
- ECOGENSUS is a manufacturer and supplier of the equipment for the recovery of solid waste into fuel on the territory of the Republic of Croatia (labels: ECOGENSUS AES Skid-Part 1 and FPS Skid Part 2 of the 5000L Ecogensus System and/or EQUIPMENT), delivered in parts and assembled by supervision of the manufacturer and present at the destination in Varaždin, Cehovska ulica 44, and the buyer and recipient is ZGWC as follows from invoice no. 1000 from 06/18/2020 (Purchase order HR (Croatia) 2017-01) and invoice no. 1001 06/18/2020 (Purchase order HR (Croatia) 2017-01) issued by ECOGENSUS, which are attached to this email.
- ECOGENSUS therefore placed its product and/or EQUIPMENT on the single market of the EU and the market of the Republic of Croatia and was obliged, under the threat of sanctions, to apply and comply with the regulations of the EU and the Republic of Croatia that govern the technical requirements that must be met by products that are placed on market and conformity assessment procedures for individual products, which means that ECOGENSUS was obliged to:
  - ensure that the EQUIPMENT is designed and manufactured in accordance with the technical regulations of the EU and the Republic of Croatia
  - create the prescribed technical documentation and implement or ensure the implementation of the product conformity assessment procedure
  - draw up the EU declaration of conformity and affix the "CE conformity mark".
- despite repeated verbal and written requests from the representatives of the ZGWC that ECOGENSUS comply with the prescribed technical requirements for placing the EQUIPMENT on the EU and Croatian market, this was not done, resulting in a serious violation of the aforementioned



W1

regulations.

We hereby inform you that in accordance with the aforementioned regulations, the manufacturer, and in this particular case ECOGENSUS, is solely responsible for the conformity of the EQUIPMENT it has placed on the EU and Croatian market and the application of conformity assessment procedures, and this responsibility cannot be transferred to the owner and/or user of the EQUIPMENT.

For this reason, in order to eliminate any doubt regarding responsibility for omissions in connection with the placing of EQUIPMENT on the EU and Croatian market, we hereby announce that the ZGWC will inform competent authorities in Croatia and member states of EU and other bodies in charge for conducting misdemeanor and/or criminal proceedings about all omissions and violations of the aforementioned regulations by ECOGENSUS.

Regards,
Ivan Tilošanec, Attorney-at-Law

**LAW FIRM TILOŠANEC & PARTNERS**
HR-10000 Zagreb, Zelinska 5/VIII
Tel: (+385 1) 6170 744; Mob: 098 380 426
Fax: (+385 1) 6170 663; E-mail: ured@tilosanec.hr
Web: www.tilosanec.hr ; OIB: 54902440313



W2