# EXHIBIT X

**Screenshot of ZGW Website**

**(www.zeroglobalwaste.com)**

**Describing ZGW as "The Pioneering Creator of Circulum"**

**(Captured March 2026)**

zero GLOBAL WASTE

01 - Home 02 - About 03 - Contact





Join us in creating a cleaner world.
For everyone.

Take the Zero Global Waste Pledge

# A Commitment to a Waste-free World.

The International leader in waste-to-resource logistics and the pioneering creator of Circulüm

→ Learn More

Ready to make an impact in the world of sustainability and tech?

Zero Global Waste is on a mission to revolutionize waste management with cutting-edge technology. We're looking for passionate, innovative minds to join our team

Get in Touch