# EXHIBIT Y

**Romania Development Incentive**

zero
GLOBAL WASTE

# Development Incentive Proposal Request

June 7, 2022

## Key Value Propositions

| Converts waste to a natural resource | Reduces landfill methane emissions | Improves viability of transition from coal | Increases water quality | Increases recycling | Decreases landfill usage |
|---|---|---|---|---|---|

## Background

Zero Global Waste (the "Company" or "ZGW") is the exclusive licensor of a groundbreaking American waste recycling technology in Romania. ZGW employs existing waste sorting systems and a virtually emissions-free process called Circulüm, which uses a vacuum and less heat than a kitchen oven, to convert waste back into a natural resource. The sterile, stable, non-toxic, and odorless output of this processing, called Edunite, can then be used in a variety of fashions from replacing wood in the manufacturing of shipping pallets, to acting as an additive for 3D printing or electricity-generation—reducing emissions and the ecological effects of harmful chemicals.



Figure 1 Waste Recycling System Installed in Croatia

Fully realized, ZGW's mission will result in a drastic reduction in landfill disposal and resulting methane emissions; the beneficial reuse of existing coal infrastructure, enabling the ultimate widespread transition away from this fuel source; and numerous ancillary benefits to communities suffering the consequences of waste.



Figure 2 Edunite in crushed form

Zero Global Waste controls the exclusive license in 29 countries, primarily in Europe. The company is currently operationalizing this technology in Northern Croatia with plans to expand operations into surrounding territories in the next year. These countries in central and Eastern Europe have high landfilling and low recycling rates, which make ZGW's solution a critical and singular solution.

The EU has adopted specific directives for waste management and fossil fuel alternatives to combat the environmentally harmful effects of landfills. Landfills produce greenhouse gases like methane—a gas 86 times more potent than $CO_2$‡. Landfilling has consequently become the least preferred method of waste disposal in most of the industrialized world. The practice of landfilling, however, remains the only viable waste management solution in much of ZGW's operational territories.

Zero Global Waste only generates +/- 5% residual material that is landfilled. These materials are also inert and therefore do not generate greenhouse gases. ZGW is, therefore, the only viable solution that many of these countries have ahead of mounting EU fines against their waste management apparatus.

## Request for Proposal

Zero Global Waste represents the first economically viable solution to substantively reducing the prevalence of plastic waste and landfill usage. To support the Company's growth plans in Romania, Zero Global Waste is seeking proposals for the following Grand Funding and Debt Guarantee development incentives. The Company is seeking these development incentives with the following terms, described in brief:




† Subject to regulatory approval
‡ 20-year time horizon



Y 2

| | |
|---|---|
| Permitted Purposes | The Development Incentives defined below may be used for the following permitted purposes:<br>• Manufacturing and assembly of Zero Global Waste recycling systems inside of Romania (the "Romanian Systems")<br>• Capital expenditures related to ZGW's operation of the Romanian Systems (including the purchase of Romanian Systems, auxiliary equipment, presorting equipment, acquisition of processing facilities, and processing facility improvements or development)<br>• Operating expenditures related to ZGW's operations in Romania (including processing costs, transaction costs, enterprise risk management programs, political risk coverage, regulatory risk coverage, foreign exchange hedging costs, labor, administrative costs, consulting costs, or VAT related costs)<br>• Debt service costs associated with any of the above detailed Permitted Purposes |
| Grant Funding | Romania will arrange for grant funding in an amount equal to $10 Million USD. Grant funding will be utilized for the Permitted Purpose. |
| Debt Guarantee | Romania will arrange for the sovereign guarantee of private or public debt obligations of ZGW up to $30 Million USD necessary to perform the Permitted Purpose. |
| Manufacturing Obligations | Romanian Systems shall be produced to the greatest extent commercially reasonable inside of Romania. This production threshold will be measured by determining the actual economic impact resulting from the production of the Romanian Systems or economic impact that would not have taken place if not for ZGW undertaking the production of the Romanian systems |
| Job Creation Obligations | ZGW's operations shall create no less than _____ full-time-equivalent employment positions inside of Romania. This job creation threshold will be measured by determining the actual employment impact of ZGW's operations in Romania or the employment impact that would not have taken place if not for ZGW commencing operations inside of Romania. |



Y3