**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **BJØRNULF ØSTVIK,** <br> *Plaintiff / Counterclaim-Defendant,* <br> **v.** <br> **RICK SANTORUM, JEFFORY BLACKARD, and ZERO GLOBAL WASTE, LLC,** <br> *Defendants / Counterclaim- and Third-Party Plaintiff,* <br> **v.** <br> **SRF TECHNOLOGY LICENSING EUROPE EAST, LLC, and ECOGENSUS, LLC,** <br> *Third-Party Defendants.* | § § § § § § § § § § § § § § § § § § | **Civil Action No. 4:26-cv-00264-SDJ** <br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING THIRD-PARTY DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO TRANSFER (DKT. 41) OUT OF TIME**

Before the Court is Third-Party Defendants SRF Technology Licensing Europe East, LLC and Ecogensus, LLC's Unopposed Motion for Leave to File Reply in Support of Their Motion to Transfer (Dkt. 41) Out of Time. Having considered the Motion, and noting that it is unopposed, the Court finds that it should be GRANTED.

It is therefore ORDERED that the Motion is GRANTED, and Third-Party Defendants' Reply in Support of Their Motion to Transfer Counts III–VII to the Southern District of New York, filed immediately following the Motion, is deemed timely filed.