UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BJØRNULF ØSTVIK | § | |
| | § | |
| v. | § | CIVIL NO. 4:26-CV-264-SDJ |
| | § | |
| RICK SANTORUM, ET AL. | § | |

# ORDER

Before the Court is Third-Party Defendants SRF Technology Licensing Europe East, LLC and Ecogensus, LLC's Unopposed Motion for Leave to File Reply in Support of Their Motion to Transfer, (Dkt. #41), Out of Time. (Dkt. #53). Defense counsel Joseph Andrew Magliolo—who represents all Defendants in this action—indicated that he does not oppose the motion. (Dkt. #53 at 5). Accordingly, after full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that Third-Party Defendants' Reply in Support of Their Motion to Transfer Counts III–VII to the Southern District of New York, (Dkt. #54), is deemed properly filed.

**So ORDERED and SIGNED this 18th day of August, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE