**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **BJØRNULF ØSTVIK,** | § | |
| | § | |
| *Plaintiff / Counterclaim-Defendant,* | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:26-cv-00264-SDJ** |
| **RICK SANTORUM,** | § | |
| **JEFFORY BLACKARD, and** | § | |
| **ZERO GLOBAL WASTE, LLC,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants / Counterclaim- and* | § | |
| *Third-Party Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **SRF TECHNOLOGY LICENSING** | § | |
| **EUROPE** | § | |
| **EAST, LLC, and ECOGENSUS, LLC,** | § | |
| | | |
| *Third-Party Defendants.* | | |

**<u>SUPPLEMENTAL DECLARATION OF MICHAEL SIMON BAKER</u>**

I, Michael Simon Baker, declare as follows:

1. I am counsel of record for Bjørnulf Østvik, SRF Technology Licensing Europe East, LLC, and Ecogensus, LLC. I have personal knowledge of the correspondence described below.

2. On October 1, 2026, at 2:45 p.m., I received an email from Sarah Starr, copying Joseph Magliolo, with the subject "Motion to Compel." Its substantive text stated:

> "Because we have not received a response to our request for dates for Mr. Ostvik's deposition, and in light of his insufficient responses and failure to produce documents responsive to our written discovery, we are planning to file a motion to compel Mr. Ostvik's deposition and complete responses to our discovery requests. Can you please let us know if you're opposed to our motion to compel?"

3. Attached as Exhibit A is a true and correct copy of the Affirmation of Debra J. Guzov in Further Support of Motion for Injunction to Prevent Witness Tampering, filed November 22, 2022 as NYSCEF Document No. 84 in *SRF Technology Licensing Europe East LLC v. Zero Global Waste*, *LLC*, Index No. 653605/2022 (N.Y. Sup. Ct., N.Y. County).

4. Attached as Exhibit B are true and correct copies of pages 1, 25, 28, 33, 64 through 66, and 76 of the First Amended Complaint filed September 4, 2026 (Dkt. 36) in the action pending in the United States District Court for the Southern District of New York, No. 1:26-cv-02136-RA-SLC, comprising the pages on which the paragraphs cited in the accompanying reply appear.

5. Attached as Exhibit C is a true and correct copy of the Decision and Order on Motion entered November 21, 2022 as NYSCEF Document No. 83 in the New York proceeding identified in paragraph 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 2, 2026.

/s/ Michael Simon Baker
Michael Simon Baker