UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BJØRNULF ØSTVIK | § | |
| | § | |
| v. | § | CIVIL NO. 4:26-CV-264-SDJ |
| | § | |
| RICK SANTORUM, ET AL. | § | |

# ORDER

The Court has received Defendants' Motion to Compel Discovery Responses. (Dkt. #62). Having considered the motion and relevant filings, the Court concludes that the motion, (Dkt. #62), should be denied for noncompliance with the Order Governing Proceedings, (Dkt. # 22).

The Order Governing Proceedings, which controls the disposition of this case, explains the procedures that parties must follow if any discovery disputes arise during the litigation. (Dkt. #22 at 5). It instructs that:

> no motions to compel may be filed until after the parties fulfill the "meet and confer" requirement imposed by this Court's Local Rule CV-7(h). **If the parties are unable to resolve the dispute without court intervention, the parties must then call the Court's chambers to schedule a telephone conference regarding the subject matter of the dispute prior to filing any motion to compel**.

(Dkt. #22 at 5) (emphasis added).

Here, Defendants ask the Court to compel Plaintiff "to provide full and complete responses to each Defendant's First Set of Interrogatories and First Set of Requests for Production." (Dkt. #62 at 1). But Defendants have failed to follow the process for resolving such disputes required by the Order Governing Proceedings.

In sum, Defendants' motion, (Dkt. #62), warrants dismissal for its failure to follow the Order Governing Proceedings, (Dkt. #22).

Therefore, it is hereby **ORDERED** that Defendants' Motion to Compel Discovery Responses, (Dkt. #62), is **DENIED without prejudice.**

**So ORDERED and SIGNED this 14th day of October, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE